# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hall v. Abbott Laboratories

Case Number: 1:22-cv-00071

An appearance is hereby filed by the undersigned as attorney for:
Shannon E. Hall, plaintiff

Attorney name (type or print): Charles Andrew Childers

Firm: Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.

Street address: 316 S. Baylen Street, 6th Floor

City/State/Zip: Pensacola, Florida 32502

Bar ID Number: 124398
(See item 3 in instructions)

Telephone Number: (850) 435-7000

Email Address: achilders@levinlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/5/2022

Attorney signature: S/ Charles Andrew Childers
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015