**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Hall v. Abbott Laboratories     Case Number: 1:22-cv-00071

An appearance is hereby filed by the undersigned as attorney for:
Abbott Laboratories

Attorney name (type or print): Steve V. D'Amore

Firm: Winston & Strawn

Street address: 35 West Wacker Drive

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6224741     Telephone Number: (312) 558-5600
(See item 3 in instructions)

Email Address: sdamore@winston.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/18/2022

Attorney signature:     S/ Steve D'Amore
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015