## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hall v. Abbott Laboratories        Case Number: 1:22-cv-00071

An appearance is hereby filed by the undersigned as attorney for:
Abbott Laboratories

Attorney name (type or print): Bryce A. Cooper

Firm: Winston & Strawn

Street address: 35 West Wacker Drive

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6296129        Telephone Number: (312) 558-5600
(See item 3 in instructions)

Email Address: bcooper@winston.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/18/2022

Attorney signature:        S/ Bryce Cooper
            (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015