**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PRETERM INFANT NUTRITION PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |

**ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.'S MOTION TO TRANSFER RELATED CASES FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Abbott Laboratories and Abbott Laboratories, Inc. (together, "Abbott") are defendants in 17 substantially similar cases pending in federal courts throughout the country. Abbott hereby moves for an order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the Schedule of Actions filed concurrently herewith.

For the reasons set forth herein and in Abbott's accompanying Brief in Support, Abbott respectfully requests that the Panel issue an Order transferring the 17 actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the Hon. Stefan R. Underhill in the U.S. District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings.

| | |
|---|---|
| Dated: January 18, 2022 | Respectfully submitted,<br><br>By: /s/ *Stephanie E. Parker*<br>Stephanie E. Parker<br>JONES DAY<br>1221 Peachtree Street NE<br>Suite 400<br>Atlanta, GA 30361<br>404.581.8552<br>404.581.8330 (fax)<br>Email: separker@jonesday.com<br><br>Meir Feder<br>JONES DAY<br>250 Vesey Street, Floor 34<br>New York, NY 10281<br>212.326.7870<br>212.755.7306 (fax)<br>Email mfeder@jonesday.com<br><br>Bridget K. O'Connor<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>202.879.3869<br>202.626.1700 (fax)<br>Email: boconnor@jonesday.com<br><br>Stephen V. D'Amore<br>Linda T. Coberly<br>Bryce A. Cooper<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>(312) 558-5700 (fax)<br>Email: sdamore@winston.com<br>Email: lcoberly@winston.com<br>Email: bcooper@winston.com<br><br>Attorneys for Defendants<br>ABBOTT LABORATORIES<br>and ABBOTT<br>LABORATORIES, INC. |