# Exhibit A



# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**　　　　　　　　　　　　　　　　　　　　　Telephone: 225-389-3500
**Clerk of Court**　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 225-389-3501

December 1, 2021

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004
PANELMDL@jpml.uscourts.gov

Re:　　3:21-cv-00687-SDD-EWD
　　　　Brown, et al v. Abbott Laboratories, Inc., et al

Dear Sir:

　　Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　　　　　Michael L. McConnell
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By: _Elisa Clement_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Sent via email to PANELMDL@jpml.uscourts.gov
with the Docket Sheet, Complaint and Civil Cover Sheet