BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  PRETERM INFANT NUTRITION PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |

**SCHEDULE OF ACTIONS**

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff(s):**<br>Patriece Davis, *Individually and on behalf of* The Estate of Kairo Anderson<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc. | U.S.D.C. Central District of California (Eastern Division – Riverside) | 5:21-cv-00481 | Jesus G. Bernal |
| 2. | **Plaintiff(s):**<br>Mary Kelton, *As Parent, Guardian Ad Litem, and as Next Friend of S.B., a minor*<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc. | U.S.D.C. Central District of California (Eastern Division – Riverside) | 5:21-cv-02145 | Jesus G. Bernal |
| 3. | **Plaintiff(s):**<br>LaShanae Littles, *Individually and on behalf of* The Estate of Makai Sanders<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc., Mead Johnson & Co. LLC, Mead Johnson Nutrition Co. | U.S.D.C. Central District of California (Eastern Division – Riverside) | 5:21-cv-02146 | Jesus G. Bernal |
| 4. | **Plaintiff(s):**<br>Latrice Richardson, *As Parent, Guardian Ad Litem, and as Next Friend of N.R., a minor*<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc., Mead Johnson & Co. LLC, Mead Johnson Nutrition Co. | U.S.D.C. Central District of California (Western Division – Los Angeles) | 2:21-cv-09932 | Jesus G. Bernal |
| 5. | **Plaintiff(s):**<br>Anika Hunte, *As Administratrix of* The Estate of Aries Peterson, Anika Hunte, Dane Peterson<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc. | U.S.D.C. District of Connecticut (New Haven) | 3:20-cv-01626 | Stefan R. Underhill |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 6. | **Plaintiff(s):**<br>Ashia George, *Individually and as Personal Representative of* The Estate of A.G., Elaje Gonzales, and O.G.<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc. | U.S.D.C. District of Columbia (Washington, D.C.) | 1:20-cv-02537 | Amit P. Mehta |
| 7. | **Plaintiff(s):**<br>Sara Melissa Sanchez Juan, *As Personal Representative of* The Estate of Reina Lee Sanchez Juan<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc., Mead Johnson & Co. LLC, Mead Johnson Nutrition Co. | U.S.D.C. Middle District of Florida (Orlando) | 6:21-cv-00502 | Roy B. Dalton, Jr. |
| 8. | **Plaintiff(s):**<br>Candice Crawford, *As Personal Representative of* The Estate of Za'Riyah Crawford<br><br>**Defendant(s):**<br>Mead Johnson & Co., Mead Johnson Nutrition Co., Abbott Laboratories, Inc. | U.S.D.C. Northern District of Florida (Gainesville) | 1:21-cv-00201 | Allen C. Winsor |
| 9. | **Plaintiff(s):**<br>Jessica Gshwend, Justin Hodges, Emma Hodges<br><br>**Defendant(s):**<br>Abbott Laboratories, Abbott Laboratories Inc. | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00197 | Rebecca R. Pallmeyer |
| 10. | **Plaintiff(s):**<br>Shannon E. Hall, *Administrator of* The Estate of Eli Grey Hall<br><br>**Defendant(s):**<br>Abbott Laboratories | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00071 | John J. Tharp, Jr. |
| 11. | **Plaintiff(s):**<br>Ericka Mar<br><br>**Defendant(s):**<br>Abbott Laboratories | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00232 | Marvin E. Aspen |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 12. | **Plaintiff(s):**<br>DaNitra Rhodes<br><br>**Defendant(s):**<br>Abbott Laboratories | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00239 | Marvin E. Aspen |
| 13. | **Plaintiff(s):**<br>Anthony Rinehart, Jessica Rinehart *As Natural Parents of* Remington Rinehart, a deceased minor; *As Putative Administratrix of* The Estate of Remington Rhinehart<br><br>**Defendant(s):**<br>Abbott Laboratories, Abbott Laboratories, Inc. | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00192 | John J. Tharp, Jr. |
| 14. | **Plaintiff(s):**<br>Megan Stuper, Ashton Brown<br><br>**Defendant(s):**<br>Abbott Laboratories, Abbott Laboratories, Inc. | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00204 | Robert W. Gettleman |
| 15. | **Plaintiff(s):**<br>Dorothy Taylor, *As Parent and Next Friend for Deceased Minor Child,* Lonnie Taylor, Jr.<br><br>**Defendant(s):**<br>Abbott Laboratories, Abbott Laboratories, Inc. | U.S.D.C. Northern District of Illinois (Chicago) | 1:22-cv-00203 | Sharon Johnson Coleman |
| 16. | **Plaintiff(s):**<br>Randi Monzon, *Individually and on behalf of Minor A.M.*<br><br>**Defendant(s):**<br>Abbott Laboratories | U.S.D.C. Southern District of Illinois (East St. Louis) | 3:21-cv-01703 | Staci M. Yandle |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 17. | **Plaintiff(s):**<br>Deondrick Brown, Sr., *Individually and on behalf of* The Estate of Deondrick W. Brown, Jr., Rebekah Etienne, *Individually and on behalf of* The Estate of Deondrick W. Brown, Jr.<br><br>**Defendant(s):**<br>Abbott Laboratories, Inc., Mead Johnson & Co. LLC | U.S.D.C. Middle District of Louisiana (Baton Rouge) | 3:21-cv-00687 | Shelly D. Dick |

Dated:  January 18, 2022

Respectfully submitted,

By: /s/ *Stephanie E. Parker*
Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8522
404.581.8330 (fax)
Email: separker@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

Stephen V. D'Amore
Linda T. Coberly
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
Email: sdamore@winston.com
Email: lcoberly@winston.com
Email: bcooper@winston.com

Attorneys for Defendants ABBOTT LABORATORIES and ABBOTT LABORATORIES, INC.