**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  PRETERM INFANT NUTRITION PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |

## **REASONS WHY ORAL ARGUMENT SHOULD BE HEARD**

Abbott Laboratories and Abbot Laboratories, Inc. (together, "Abbott") respectfully submit that oral argument would aid the Panel in resolving Abbott's Motion to Transfer. *See* 28 U.S.C. § 1407; Rule of Procedure of the Judicial Panel on Multidistrict Litigation 11.1(b). Oral argument will provide both parties the opportunity to address any questions the Panel may have regarding the factual similarities of the pending cases, the burdens and challenges that litigating the cases separately will impose, and the appropriate transferee district. Further, as Abbott anticipates that additional cases involving similar facts or claims will continue to be filed, oral argument will allow the parties to address how those cases impact whether and where to consolidate the pending cases.

Dated:  January 18, 2022                  Respectfully submitted,

By: /s/ *Stephanie E. Parker*_____
Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8522
404.581.8330 (fax)
Email: separker@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

Stephen V. D'Amore
Linda T. Coberly
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
Email: sdamore@winston.com
Email: lcoberly@winston.com
Email: bcooper@winston.com

Attorneys for Defendants ABBOTT LABORATORIES and ABBOTT LABORATORIES, INC.