# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PRETERM INFANT NUTRITION PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 18, 2022 I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system:

(1) Abbott Laboratories and Abbott Laboratories, Inc.'s Motion to Transfer Related Cases for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

(2) Brief in Support of Abbott Laboratories and Abbott Laboratories, Inc.'s Motion to Transfer Related Cases for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

(3) Schedule of Actions, including docket sheets and complaints for all related actions; and

(4) Oral Argument Statement.

I further certify that copies of the foregoing were served on all counsel and on the Clerk of the Court of each proposed transferor court, by email or First Class Mail, as follows:

| COURT CLERKS | |
|---|---|
| Clerk, Middle District of Louisiana<br>Russell B. Long Federal Building and United States Courthouse<br>777 Florida Street<br>Suite 139<br>Baton Rouge, LA 70801<br>Michael_mcconnell@lamd.uscourts.gov | Clerk, Northern District of Florida<br>Gainesville Division<br>United States Courthouse<br>401 SE First Ave.<br>Gainesville, FL 32601<br>jessica_lyublanovits@flnd.uscourts.gov |
| Clerk, Central District of California<br>Eastern Division, Riverside<br>George E. Brown, Jr. Federal Building and United States Courthouse<br>3470 Twelfth Street<br>Riverside, CA 92501<br>kiry_gray@cacd.uscourts.gov | Clerk, District of Columbia<br>Washington, D.C.<br>333 Constitution Avenue N.W.<br>Room 1225<br>Washington D.C. 20001<br>Angela_caesar@dcd.uscourts.gov |
| Clerk, Northern District of Illinois<br>Eastern Division, Chicago<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>Thomas_bruton@ilnd.uscourts.gov | Clerk, District of Connecticut<br>New Haven Division<br>Richard C. Lee United States Courthouse<br>141 Church Street<br>New Haven, CT 06510<br>Dinah_MiltonKinney@ctd.uscourts.gov |
| Clerk, Southern District of Illinois<br>East St. Louis Division<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>Meg_robertie@ilsd.uscourts.gov | Clerk, Middle District of Florida<br>Orlando Division<br>401 West Central Boulevard<br>Orlando, Florida 32801<br>Elizabeth_warren@flmd.uscourts.gov |

| COUNSEL/PARTIES ||
|---|---|
| *Davis v. Abbott Laboratories, Inc., et al.*, 5:21-cv-00481-JGB-KK (C.D. Cal.) ||
| John H Gomez<br>Gomez Trial Attorneys<br>655 West Broadway Suite 1700<br>San Diego, CA 92101<br>619-237-3490<br>Fax: 619-237-3496<br>Email: jgomez@thegomezfirm.com<br><br>**Counsel for Plaintiff: Patriece Davis** | Deborah S Dixon<br>Dixon Diab and Chambers LLP<br>501 West Broadway Suite 800<br>San Diego, CA 92101<br>619-354-2662<br>Email: ddixon@theddcfirm.com<br><br>**Counsel for Plaintiff: Patriece Davis** |
| *Kelton v. Abbott Laboratories, Inc.*, 5:21-cv-2145-JGB-KK (C.D. Cal.) ||
| Deborah S Dixon<br>Tarina Mand<br>Dixon Diab and Chambers LLP<br>501 West Broadway Suite 800<br>San Diego, CA 92101<br>619-354-2662<br>Email: ddixon@theddcfirm.com<br>Email: tarina@theddcfirm.com<br><br>**Counsel for Plaintiff: Mary Kelton** | John H Gomez<br>Gomez Trial Attorneys<br>655 West Broadway Suite 1700<br>San Diego, CA 92101<br>619-237-3490<br>Fax: 619-237-3496<br>Email: jgomez@thegomezfirm.com<br><br>**Counsel for Plaintiff: Mary Kelton** |
| *Littles v. Abbott Laboratories, Inc., et al.*, 5:21-cv-2146-JGB-KK (C.D. Cal.) ||
| Deborah S Dixon<br>Tarina Mand<br>Dixon Diab and Chambers LLP<br>501 West Broadway Suite 800<br>San Diego, CA 92101<br>619-354-2662<br>Email: ddixon@theddcfirm.com<br>Email: tarina@theddcfirm.com<br><br>**Counsel for Plaintiff: LaShanae Littles** | John H Gomez<br>Gomez Trial Attorneys<br>655 West Broadway Suite 1700<br>San Diego, CA 92101<br>619-237-3490<br>Fax: 619-237-3496<br>Email: jgomez@thegomezfirm.com<br><br>**Counsel for Plaintiff: LaShanae Littles** |

| *Richardson v. Abbott Laboratories, Inc., et al.*, 2:21-cv-9932-JGB-KK (C.D. Cal.) ||
|---|---|
| Deborah S Dixon<br>Dixon Diab and Chambers LLP<br>501 West Broadway Suite 800<br>San Diego, CA 92101<br>619-354-2662<br>Email: ddixon@theddcfirm.com<br><br>**Counsel for Plaintiff: Latrice Richardson**<br>C.D. California, No. 2:21-09932 | John H Gomez<br>Gomez Trial Attorneys<br>655 West Broadway Suite 1700<br>San Diego, CA 92101<br>619-237-3490<br>Fax: 619-237-3496<br>Email: jgomez@thegomezfirm.com<br><br>**Counsel for Plaintiff: Latrice Richardson** |
| *Hunte, et al. v. Abbott Laboratories, Inc.*, 3:20-cv-1626-SRU (D. Conn.) ||
| Jose Rojas<br>The Rojas Law Firm<br>40 Russ Street<br>Hartford, CT 06106<br>860-232-3476<br>Fax: 866-321-2422<br>Email: rojas@ctlawyer.net<br><br>**Counsel for Plaintiffs: Anika Hunte and Dane Peterson** | Paul Levin<br>Law Offices of Paul Levin LLC<br>40 Russ street<br>Hartford, CT 06106<br>860-560-7226<br>Fax: 860-471-8400<br>Email: plevin1111@aol.com<br><br>**Counsel for Plaintiffs: Anika Hunte and Dane Peterson** |
| Stephen M. Reck<br>Scott D. Camassar<br>Law Firm of Stephen M. Reck, LLC<br>PO Box 431<br>North Stonington, CT 06359<br>860-535-4040<br>Fax: 860-535-3434<br>Email: attorneyreck@yahoo.com<br>Email: sdcamassar@gmail.com<br><br>**Counsel for Plaintiffs: Anika Hunte and Dane Peterson** | |

| *George v. Abbott Laboratories, Inc.*, 1:20-cv-02537-APM (D.D.C.) ||
|---|---|
| Christopher T. Nace<br>PAULSON & NACE, PLLC<br>1025 Thomas Jefferson Street NW<br>Ste 810<br>Washington, DC 20007<br>202-463-1999<br>Fax:  202-223-6824<br>Email:  ctnace@paulsonandnace.com<br><br>**Counsel for Plaintiff:  Ashia George** | Stephen M Reck<br>THE LAW FIRM OF STEPHEN M. RECK<br>P.O. Box 431<br>North Stonington, CT 06359<br>860-535-4040<br>Fax:  860-535-3434<br>Email:  attorneyreck@yahoo.com<br><br>**Counsel for Plaintiff:  Ashia George** |
| *Sanchez Juan v. Abbott Laboratories, Inc., et al.*, 6:21-cv-502-RBD-EJK (M.D. Fla.) ||
| John Fletcher Romano<br>Eric Romano<br>Romano Law Group<br>801 Spencer Dr<br>West Palm Beach, FL 33409-4027<br>561-533-6700<br>Fax: 561-533-1285<br>Email: john@romanolawgroup.com<br>Email: eric@romanolawgroup.com<br><br>**Counsel for Plaintiff:  Sara Melissa Sanchez Juan** | Jessica Latour<br>Romano Law Group<br>PO Box 21349<br>West Palm Beach, FL 33416<br>561-533-6700<br>Email: jessica@romanolawgroup.com<br><br>**Counsel for Plaintiff:  Sara Melissa Sanchez Juan** |
| Jose M. Rojas<br>Levin, Rojas, Camassar, and Reck, LLC<br>40 Russ Street<br>Hartford, CT 06106<br>860-232-3476<br>Email: rojas@ctlawyer.net<br><br>**Counsel for Plaintiff:  Sara Melissa Sanchez Juan** | Stephen M. Reck<br>Levin, Rojas, Camassar, and Reck, LLC<br>391 Norwich-Westerly Road<br>North Stonington, CT 06359<br>860-535-4040<br>Email:  attorneyreck@yahoo.com<br><br>**Counsel for Plaintiff:  Sara Melissa Sanchez Juan** |

| | |
|---|---|
| Samuel L. Felker<br>Baker, Donelson, Bearman, Caldwell &Berkowitz, PC<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201<br>615-726-5558<br>Fax: 615-744-5558<br>Email: samfelker@bakerdonelson.com<br><br>**Counsel for Defendants: Mead Johnson & Co., LLC and Mead Johnson Nutrition Co.** | Anthony J. Anscombe<br>Cara A. Lawson<br>Steptoe & Johnson LLP<br>227 West Monroe St.<br>Suite 4700<br>Chicago, IL 60606<br>312-577-1265<br>Email: aanscombe@steptoe.com<br>Email: clawson@steptoe.com<br><br>**Counsel for Defendants: Mead Johnson & Co., LLC and Mead Johnson Nutrition Co.** |
| Michael Patrick Kaney<br>Baker, Donelson, Bearman, Caldwell &Berkowitz<br>200 South Orange Avenue<br>Suite 2900<br>Orlando, FL 32801<br>386-214-1260<br>Email: mkaney@bakerdonelson.com<br><br>**Counsel for Defendants: Mead Johnson & Co., LLC and Mead Johnson Nutrition Co.** | |
| *Crawford v. Abbott Laboratories, et al.*, 1:21-cv-00201-AW-GRJ (N.D. Fla.) ||
| John Fletcher Romano<br>Romano Law Group<br>PO BOX 21349<br>West Palm Beach, FL 33416<br>561-533-6700<br>Fax: 561-533-1285<br>Email: john@romanolawgroup.com<br><br>**Counsel for Plaintiff: Candace Crawford** | |

| | |
|---|---|
| *Gschwend, et. al v. Abbott Laboratories, et. al*, 1:22-cv-00197 (N.D. Ill.) ||
| Kevin J. Conway<br>Cooney & Conway<br>120 North LaSalle Street<br>30th Floor<br>Chicago, IL 60602<br>(312) 236-6166<br>Email: kconway@cooneyconway.com<br><br>**Counsel for Plaintiffs: Jessica Gshwend, Justin Hodges and Emma Hodges** | |
| *Hall v. Abbott Laboratories, Inc.*, 1:22-cv-00071 (N.D. Ill.) ||
| Elizabeth A. Kaveny<br>Kaveny Kroll, LLC<br>130 E. Randolph Street<br>Suite 2800<br>Chicago, IL 60601<br>(312) 761-5585<br>Email: elizabeth@kavenykroll.com<br><br>**Counsel for Plaintiff: Shannon E. Hall** | Charles Andrew Childers<br>Childers, Schlueter & Smith, LLC<br>1932 N. Druid Hills Rd., Suite 100<br>Atlanta, GA 30319<br>(404) 419-9500<br>Email: achilders@cssfirm.com<br><br>**Counsel for Plaintiff: Shannon E. Hall** |
| *Mar ex rel. Estate of Railee Mar v. Abbott Laboratories*, 1:22-CV-00232 (N.D. Ill.) ||
| Jose M. Rojas<br>Levin, Rojas, Camassar, And Reck, Llc<br>40 Russ Street<br>Hartford, CT 06106<br>(860) 535-4040<br>Email: rojas@ctlawyer.net<br><br>**Counsel for Plaintiff: Ericka Mar** | Elizabeth A. Kaveny<br>Kaveny Kroll, LLC<br>130 E. Randolph Street<br>Suite 2800<br>Chicago, IL 60601<br>(312) 761-5585<br>Email: elizabeth@kavenykroll.com<br><br>**Counsel for Plaintiff: Ericka Mar** |
| Stephen M Reck<br>Levin, Rojas, Camassar, And Reck, Llc<br>391 Norwich-westerly Road<br>North Stonington, CT 06359<br>(860) 535-4040<br>Email: attorneyreck@yahoo.com<br><br>**Counsel for Plaintiff: Ericka Mar** | |

| *Rhodes ex rel. Rhodes v. Abbott Laboratories*, 1:22-CV-00239 (N.D. Ill.) ||
|---|---|
| Jose M. Rojas<br>Levin, Rojas, Camassar, And Reck, LLC<br>40 Russ Street<br>Hartford, CT 06106<br>(860) 535-4040<br>Email: rojas@ctlawyer.net<br><br>**Counsel for Plaintiff:  DaNitra Rhodes** | Elizabeth A. Kaveny<br>Kaveny Kroll, LLC<br>130 E. Randolph Street<br>Suite 2800<br>Chicago, IL 60601<br>(312) 761-5585<br>Email: elizabeth@kavenykroll.com<br><br>**Counsel for Plaintiff:  DaNitra Rhodes** |
| Stephen M Reck<br>Levin, Rojas, Camassar, And Reck, Llc<br>391 Norwich-westerly Road<br>North Stonington, CT 06359<br>(860) 535-4040<br>Email: attorneyreck@yahoo.com<br><br>**Counsel for Plaintiff:  DaNitra Rhodes** | |
| *Rinehart, et. al v. Abbott Laboratories, et. al*, 1:22-cv-00192 (N.D. Ill.) ||
| Benjamin A. Gastel<br>Branstetter, Stranch & Jennings, PLLC<br>223 Rosa L Parks Avenue<br>Suite 200<br>Nashville, TN 37203<br>(615) 254-8801<br>Email: gerards@bsjfirm.com<br><br>**Counsel for Plaintiffs:  Anthony Rinehart. Jessica Rinehart and Dorothy Taylor** | Kevin J. Conway<br>Cooney & Conway<br>120 North LaSalle Street<br>30th Floor<br>Chicago, IL 60602<br>(312) 236-6166<br>Email: kconway@cooneyconway.com<br><br>**Counsel for Plaintiffs:  Anthony Rinehart. Jessica Rinehart and Dorothy Taylor** |
| *Stuper, et. al v. Abbott Laboratories*, 1:22-cv-00204 (N.D. Ill.) ||
| J Gerard Stranch , IV<br>Branstetter, Stranch & Jennings, PLLC<br>223 Rosa L. Parks Avenue<br>Ste. 200<br>Nashville, TN 37203<br>615-254-8801<br>Email: gerards@bsjfirm.com<br><br>**Counsel for Plaintiffs:  Megan Stuper and Ashton Brown** | |

| *Taylor, et. al v. Abbott Laboratories, et. al*, 1:22-cv-00203 (N.D. Ill.) ||
|---|---|
| J Gerard Stranch, IV<br>Benjamin A. Gastel<br>Branstetter, Stranch & Jennings, PLLC<br>223 Rosa L. Parks Avenue<br>Ste. 200<br>Nashville, TN 37203<br>615-254-8801<br>Email: gerards@bsjfirm.com<br>Email: beng@bsjfirm.com<br><br>**Counsel for Plaintiffs: Dorothy Taylor** | Kevin J. Conway<br>Cooney & Conway<br>120 North LaSalle Street<br>30th Floor<br>Chicago, IL 60602<br>(312) 236-6166<br>Email: kconway@cooneyconway.com<br><br>**Counsel for Plaintiffs: Dorothy Taylor** |
| *Monzon v. Abbott Laboratories, Inc.*, 3:21-cv-01703-SMY (S.D. Ill.) ||
| James G. Onder<br>W. Wylie Blair<br>OnderLaw, LLC<br>110 East Lockwood<br>2nd Floor<br>St. Louis, MO 63119<br>314-963-9000<br>Fax: 314-963-1700<br>Email: onder@onderlaw.com<br>Email: blair@onderlaw.com<br><br>**Counsel for Plaintiff: Randi Monzon** | W. Jason Rankin<br>HeplerBroom LLC - Edwardsville<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>618-307-1138<br>Fax: 618-656-1364<br>Email: wjr@heplerbroom.com<br><br>**Counsel for Plaintiff: Randi Monzon** |
| *Brown, et al., v. Abbott Laboratories, Inc., et al.*, 3:21-cv-00687-SDD-EWD (M.D. La.) ||
| Anthony David Irpino<br>Pearl A Robertson<br>Irpino, Avin and Hawkins Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>504-525-1500<br>Fax: 504-525-1501<br>Email: airpino@irpinolaw.com<br>Email: probertson@irpinolaw.com<br><br>**Counsel for Plaintiffs: Deondrick Brown, Sr. and Rebekah Etienne** | Robert S. Emmett<br>Baker, Donelson, Bearman, Caldwell &Berkowitz<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170<br>504-566-5200<br>Fax: 504-636-4000<br>Email: remmett@bakerdonelson.com<br><br>**Counsel for Defendant: Mead Johnson & Co., LLC** |

Dated: January 18, 2022                                  Respectfully submitted,

                                             By: /s/ *Stephanie E. Parker*
Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8522
404.581.8330 (fax)
Email: separker@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

Stephen V. D'Amore
Linda T. Coberly
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
Email: sdamore@winston.com
Email: lcoberly@winston.com
Email: bcooper@winston.com

Attorneys for Defendants ABBOTT LABORATORIES and ABBOTT LABORATORIES, INC.