UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SHANNON E. HALL, as ADMINISTRATOR OF THE ESTATE OF ELI GREY HALL,

    Plaintiff,

vs.

ABBOTT LABORATORIES,

    Defendant.

Case No.: 1:22-cv-00071

Judge John J. Tharp

January 27, 2022

## DEFENDANT ABBOTT LABORATORIES' MOTION FOR A STAY PENDING JPML RULING ON CONSOLIDATION AND TRANSFER

    This lawsuit is one of 19 federal lawsuits filed against Abbott Laboratories and Abbott Laboratories, Inc. (together, "Abbott") relating to certain of its preterm nutrition products. These suits substantially overlap in many ways. All the complaints name Abbott as a defendant. All allege state common-law tort and/or product liability claims or their statutory equivalents. And all center around the same or closely related operative theories of alleged wrongdoing. Because litigating the plaintiffs' claims in centralized proceedings would avoid burdensome discovery and inconsistent rulings while promoting judicial economy, Abbott moved in the Judicial Panel on Multidistrict Litigation (JPML or the "Panel") for an order consolidating the then-filed 17 cases in one district. *See In re: Preterm Infant Nutrition Product Liability Litig.*, Docket No. 7-1 (Jan. 18, 2022). Since that filing, plaintiffs have filed an additional two cases in federal courts as of this filing. This action is one of the many Abbott seeks to centralize through its Motion to Transfer, meaning that as

proceedings continue in this Court, the Panel will be considering whether to transfer this and other actions for centralized proceedings.

In these circumstances, a stay of proceedings until the Panel determines whether to grant Abbott's motion is appropriate. As described further in Defendant Abbott Laboratories' Memorandum of Law in Support of its Motion For Stay Pending JPML Ruling on Consolidation and Transfer, filed contemporaneously herewith, a stay will preserve judicial resources, minimize the risk of inconsistent decisions on the same pretrial issues, and avoid burdening the parties with duplicative proceedings, all without any risk of prejudice to the parties. For these reasons, multiple courts in jurisdictions around the country have already entered stays.[1] Abbott respectfully requests that this Court grant this motion and stay all proceedings in this case, and suspend all deadlines until the Panel resolves Abbott's motion. On January 18, 2022, counsel for Abbott conferred with counsel for Plaintiff regarding whether Plaintiff would consent or oppose Abbott's motion. As of the date of this filing, Plaintiff's counsel has not indicated whether they will consent or oppose.

---

[1] *See Hunte, et al. v. Abbott Laboratories, Inc.*, No. 3:20-cv-01626-SRU, Dkt. No. 109 (D. Conn., Jan. 19, 2022); *George, et al. v. Abbott Laboratories, Inc.*, No. 1:20-cv-02537-APM, Dkt. No. 48 (D.D.C., Jan. 21, 2022); *Sanchez Juan v. Abbott Laboratories, Inc., et al.*, No. 6:21-cv-00502-RBD-EJK, Dkt. No. 67 (M.D. Fla., Jan. 25, 2022); *Crawford v. Mead Johnson & Co., LLC, et al.*, No. 1:21-cv-00201-AW-GRJ, Dkt. No. 15 (N.D. Fla., Jan. 26, 2022).

Dated: January 27, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ABBOTT LABORATORIES

　　　　　　　　　　　　　　　　　　　　By: */s/ Bryce A. Cooper*

　　　　　　　　　　　　　　　　　　　　　　Stephen V. D'Amore
　　　　　　　　　　　　　　　　　　　　　　Bryce A. Cooper
　　　　　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　(312) 558-5600
　　　　　　　　　　　　　　　　　　　　　　(312) 558-5700 (fax)
　　　　　　　　　　　　　　　　　　　　　　Email: sdamore@winston.com
　　　　　　　　　　　　　　　　　　　　　　Email: bcooper@winston.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2022 the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECMF System.

/s/ *Bryce A. Cooper*
Bryce A. Cooper
*Attorney for Abbott Laboratories*