# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shannon E. Hall

                       Plaintiff,

v.                                            Case No.: 1:22−cv−00071
                                              Honorable John J. Tharp Jr.

Abbott Laboratories

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 31, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to reassign cases [9] and motion for a stay [11] are taken under advisement. The plaintiff's consolidated response is due by 02/14/2022; the defendant's reply, if any, is due by 02/21/2022. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.