IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANNON E. HALL, AS ADMINISTRATOR OF THE ESTATE OF ELI GREY HALL,<br><br>    Plaintiff,<br><br> v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Civil Action No. 1:22-cv-00071<br><br>Hon. John J. Tharp, Jr. |

## NOTICE OF SUPPLEMENTAL AUTHORITY

  Defendant Abbott Laboratories ("Abbott") respectfully submits this Notice of Supplemental Authority in support of its pending Motion to Reassign Related Cases Pursuant to Local Rule 40.4. (Dkt. 9.) In opposing Abbott's motion, Plaintiffs argued that Abbott should have moved for reassignment to Judge Lefkow, who has a lower numbered infant formula case in which Abbott is *not* a party. That contention is incorrect, as set forth in Abbott's reply brief. (Dkt. 17 at 3.) But even if it were correct, Judge Lefkow has now transferred that case to the District of Nevada. *See* **Exhibit A**, 02/23/22 Order in *Koeth v. Mead Johnson & Company, LLC* (No. 1:21-cv-06234). Thus, this case is now the lowest-numbered infant formula case against *any* defendant in the District. This is the proper Court for reassignment, and Abbott's motion should be granted.

Dated: February 24, 2022

                 Respectfully submitted,

               By: */s/ Stephen V. D'Amore*
                 Stephen V. D'Amore

Scott P. Glauberman
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
Email: sdamore@winston.com
Email: sglauber@winston.com
Email: bcooper@winston.com

*Attorneys for Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February 2022, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Stephen V. D'Amore*
      Stephen V. D'Amore

      *Attorney for Abbott Laboratories*