# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Katina Koeth

                                    Plaintiff,

v.                                                                  Case No.: 1:21–cv–06234
                                                                   Honorable Joan H. Lefkow

Mead Johnson & Company, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's motion to remand (dkt. [12]) is denied. The preponderance of evidence submitted by the parties leads to the conclusion that on November 19, 2021, the date this action was filed, defendant's principal place of business was in Evansville, Indiana. See dkt. [17]–3 (verified registration with the State of Indiana as a foreign corporation with its principal place of business in Evansville, Indiana, eff. Sept. 1, 2021); dkt. [17]–4 (verified amended 2020 annual franchise tax report dated Sept. 1, 2021, reflecting addresses of five officers at defendant's place of business in Evansville, Indiana); dkt. [17]–7 (business information filed with Indiana Secretary of State, dated Jan. 5, 2022, identifying the president, treasurer and secretary of defendant as located at the same address in Evansville). The court finds no reason to suppose that defendant would have filed false documents with the State of Indiana and, as such, concludes that defendant's principal place of business is not, as plaintiff argues, in Illinois. Because plaintiff has informed the court that if her motion to remand is denied she shall have no objection to defendant's motion to transfer to the District of Nevada (dkt. [22]) and because there is no apparent connection of the case to the State of Illinois, the motion to transfer (dkt. [7]) is granted. The Clerk's Office is directed to transfer this case to the District of Nevada forthwith. The motion of plaintiff to stay (dkt. [26]) is denied without prejudice. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.