IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANNON E. HALL, AS ADMINISTRATOR OF THE ESTATE OF ELI GREY HALL, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No.: 1:22-cv-00071 <br><br> Judge John J. Tharp, Jr. |

## ORDER TO REASSIGN RELATED CASES

Upon consideration of Defendant Abbott Laboratories' Motion to Reassign Related Cases Pursuant to Local Rule 40.4 (ECF No. 9), and the responses thereto (ECF Nos. 14 and 15), the Court finds that *Gschwend v. Abbott*, No. 1:22-cv-00197; (2) *Taylor v. Abbott*, No. 1:22-cv-00203; and (3) *Stuper v. Abbott*, No. 1:22-cv-00204, are related to this case within the meaning of Local Rule 40.4(a) and should be reassigned to this Court based on the criteria set forth in Local Rule 40.4(b). Accordingly, the motion to reassign is granted and the Executive Committee is requested to reassign these cases to this Court's docket.

Date: February 25, 2022

John J. Tharp, Jr.
United States District Judge