IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANNON E. HALL, AS ADMINISTRATOR OF THE ESTATE OF ELI GREY HALL,<br><br>                Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>                Defendant. | Civil Action No. 1:22-cv-00071<br><br>Hon. John J. Tharp, Jr. |

**INDEX OF EXHIBITS**

**EXHIBIT 1:**    Complaint and civil coversheet – *De Los Santos v. Abbott*, No. 1:22-cv-01089 (N.D. Ill.) (Judge Steven C. Seeger)

**EXHIBIT 2:**    Complaint and civil coversheet – *Devine v. Abbott, et al.*, No. 1:22-cv-01197 (N.D. Ill.) (Judge John F. Kness)