# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Shannon E. Hall

                        Plaintiff,

v.                                                    Case No.: 1:22–cv–00071

                                                            Honorable John J. Tharp Jr.

Abbott Laboratories

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to reassign cases [21] is taken under advisement. The plaintiff's response is due by 03/28/2022; the defendant's reply, if any, is due by 04/04/2022. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.