# Exhibit 1

JPML Allocation of Argument

# ARGUMENT ALLOCATION FOR MARCH 31, 2022, HEARING SESSION OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

- The Panel views oral argument as a means (1) to update the Panel on any events that have occurred since the conclusion of briefing and (2) to allow attorneys to emphasize the key points of their arguments. On the basis of the briefing, the Panel has determined how much time should be allotted for each argument.

- Where multiple parties share a common position (e.g., centralization in the District of Alaska) and have expressed an intent to present oral argument, the Panel has selected a single spokesperson for the common position. Where the multiple parties sharing a common position include the moving party or parties, the moving party or parties have been selected as the spokesperson(s) for the common position.

- A revised argument allocation for **MDL No. 3026 – IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation** is listed on page 2 of this notice. Counsel not listed have not been allocated argument time. The parties will present argument in the order in which they are listed.

- No further substitutions will be permitted absent extraordinary circumstances.

- Please review and plan to abide by the Eastern District of Louisiana's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.laed.uscourts.gov. The Panel will not delay argument because counsel is late to the courtroom due to the District's courthouse admittance procedures.

- Counsel are advised that the District's COVID-19 procedures may limit the number of persons permitted in the courtroom. Non-arguing counsel need not travel to the Panel hearing, but if they choose to do so, their access to the courtroom may be restricted. In the event the Panel must restrict access to the courtroom, non-arguing counsel will be allowed to observe the proceedings by closed circuit link in an overflow courtroom.

| POSITION | COUNSEL AND REPRESENTED PARTY | | |
|---|---|---|---|
| **Abbott defendants -- seek centralization in D. Connecticut** | [STEPHANIE E. PARKER, ESQ.<br>[For: Abbott Laboratories and<br>[ Abbott Laboratories, Inc.<br>[Jones Day<br>[Atlanta, GA | 2<br>1R | Min. |
| **Mead Johnson defendants -- support centralization in D. Connecticut** | [RACHEL CANNON, ESQ.<br>[For: Mead Johnson Nutrition Company,<br>[ and Mead Johnson & Company, LLC<br>[Steptoe & Johnson LLP<br>[Chicago, IL | 2 | Min. |
| **Plaintiffs in an N.D. Illinois action and potential tag-along action -- support centralization in N.D. Illinois** | [CHARLES ANDREW CHILDERS,<br>[ ESQ.<br>[For: Shannon E. Hall and Erika Shindel<br>[Levin, Papantonio, Rafferty, Proctor,<br>[ Buchanan, O'Brien, Barr & Mougey, P.A.<br>[Pensacola, FL | 2 | Min. |
| **Plaintiffs in the D. District of Columbia action and five N.D. Illinois actions -- support centralization in D. District of Columbia or, alt., D. Nevada** | [STEPHEN M. RECK, ESQ.<br>[For: Ashia George, et al.<br>[Levin, Rojas, Camassar, & Reck, LLC<br>[North Stonington, CT | 2 | Min. |

| | | | |
|---|---|---|---|
| **Plaintiffs in a D. D. Nevada potential tag-along action -- support centralization in N.D. Illinois, D. Nevada or D. District of Columbia** | [WENDY R. FLEISHMAN, ESQ. [For: Darius Medley, et al. [Lieff Cabraser Heimann & Bernstein [ LLP [New York, NY | 2 | Min. |
| **Plaintiffs in two W.D. Missouri potential tag-along actions -- support centralization in W.D. Missouri** | [DIANE K. WATKINS, ESQ. [For: Kimberlee Bookhart and [ Brianna Lincoln [Wagstaff & Cartmell LLP [Kansas City, MO | 2 | Min. |
| **Plaintiff in the M.D. Louisiana *Walker* potential along action -- supports centralization in M.D. Louisiana** | [DERRIEL C. MCCORVEY, ESQ. [For: Hope Walker [McCorvey Law, LLC [Lafayette, LA | 2 | Min. |

| | | |
|---|---|---|
| **Plaintiffs in the E.D. Louisiana *Perkins* potential along action -- support centralization in E.D. Louisiana** | [DANIELLE TREADAWAY HUFFT,<br>[   ESQ.<br>[For:  Laurie Lynn McCubbin Perkins<br>[   and Michael Perkins<br>[The Dugan Law Firm<br>[New Orleans, LA | __2__ Min. |