IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANNON E. HALL, AS ADMINISTRATOR OF THE ESTATE OF ELI GREY HALL,<br><br>    Plaintiff,<br><br> v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Civil Action No. 1:22-cv-00071<br><br>Hon. John J. Tharp, Jr. |

**ABBOTT'S REPLY IN FURTHER SUPPORT OF ITS MOTION
TO REASSIGN RELATED CASES PURSUANT TO LOCAL RULE 40.4**

As explained in Abbott's opening brief (ECF No. 22), *De Los Santos v. Abbott*, No. 1:22-cv-01089, and *Devine v. Abbott, et al.*, No. 1:22-cv-01197, easily meet Local Rule 40.4's criteria for reassignment to Your Honor.

The *Hall* plaintiff does not dispute that this case is related per the Local Rule's criteria. Instead, plaintiff objects to reassignment as unnecessary because the Judicial Panel on Multidistrict Litigation may soon decide to transfer this case, and others like it, to an MDL court. ECF No. 24 at 2. But there is no guarantee that there will be an MDL, so reassignment should take place. And even if there is an MDL, reassignment is still appropriate. As with *Gschwend*, *Taylor*, and *Stuper*, reassignment will ensure that the *De Los Santos* and *Devine* cases are pending before the proper judge under Local Rule 40.4 upon remand from the MDL court following pre-trial proceedings. Reassignment will minimize the risk of judicial inefficiency and inconsistency, and conserve resources for both the parties and the Court.

Abbott respectfully asks that, consistent with this Court's prior reassignment Order, the *De Los Santos* and *Devine* cases be designated as related and reassigned to Your Honor under Local Rule 40.4.

Dated: March 31, 2022

Respectfully submitted,

By: */s/ Stephen V. D'Amore*
Stephen V. D'Amore
Scott P. Glauberman
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
Email: sdamore@winston.com
Email: sglauber@winston.com
Email: bcooper@winston.com

*Attorneys for Abbott Laboratories*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 31st day of March 2022, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECMF System.

              /s/ *Steven V. D'Amore*
              Stephen V. D'Amore
              *Attorney for Abbott Laboratories*