

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 4/19/2022                      Case Number: 22-CV-71

Case Title: Hall v. Abbott Laboratories      Judge: Tharp

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [ 26, 27 ].

☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

■ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [ ].

☐ Other:


**Corrective action taken by the Clerk:**

■ The text of the entry has been replaced with *Entered in Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

■ The correct document [pdf] has been re-filed.

☐ The file date has been corrected.

☐ The text of the entry has been edited to reflect

☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]*.

☐ Other:


**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:

                                              Thomas G. Bruton, Clerk
                                              By: /s/ Paula Harrison
                                                  Deputy Clerk

Rev. 8/13/18