# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Rebecca R. Pallmeyer is presiding in MDL 3026 (22cv71, *In Re*: *Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation)*; and

It further appearing that 22cv71, *Hall v. Abbott Laboratories,* 22cv192*, Reinhart, et al. v. Abbott Laboratories, et al.,* 22cv197*, Gshwend, et al. v. Abbott Laboratories, et al.,* 22cv203*, Taylor, et al. v. Abbott Laboratories, et al., and* 22cv204*, Stuper, et al. v. Abbott Laboratories, et al,* currently pending before the Hon. John J. Tharp, Jr.; and

It further appearing that, 22cv232, *Mar v. Abbott Laboratories,* currently pending before the Hon. Charles R Norgle, Sr.; and

It further appearing that, 22cv239, *Rhodes v. Abbott Laboratories,* currently pending before the Hon. John Z. Lee, fall within the scope of MDL 3026; therefore

It is hereby ordered that the Clerk is to reassign the above-listed cases to the Hon. Rebecca R. Pallmeyer and Magistrate Judge Maria Valdez, and that they be designated as part of MDL 3026 and related to Master Docket Case 22cv71.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_Rebecca R. Pallmeyer_
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 18th day of April, 2022.