**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, et al., ) | |
| PRETERM INFANT NUTRITION PRODUCTS ) | MDL No. 3026 |
| LIABILITY LITIGATION ) | |
| ) | Master Docket No. 22 C 71 |
| ) | |
| ) | Judge Rebecca R. Pallmeyer |
| This Document Relates to All Cases ) | |

## ORDER SETTING AGENDA FOR MAY 12, 2022 STATUS CONFERENCE

In accordance with Case Management Order No. 1 [34], the court sets the following agenda for the status conference scheduled for May 12, 2022 at 10:30 a.m. The court grants the parties' requests [56, 60] for the inclusion of additional topics. The parties shall be prepared to address the following matters, or to propose a schedule for providing relevant information to the court concerning these matters:

1. Anticipated number of tag-along cases

2. Related state court cases, including:

    a. The submission of a Joint Coordination Order to facilitate coordination between this MDL and similar actions pending in other courts

3. Status of additional Defendants, besides Abbott Laboratories and Mead Johnson

4. Motions for remand

5. Pending motions for appointment of Plaintiffs' counsel

6. Other motions pending before the court

7. Procedures for this MDL, including:

    a. Procedure for obtaining service of related matters on Defendants

    b. Procedure for filing a case for a deceased child with a proposed personal representative

8. Filing of Position Statements

9. Filing of a Master Complaint and/or Fact Sheet

10. Proposed pleadings and briefing schedule

11. Proposed discovery schedule

12. Determination of a process for the selection of bellwether cases

13. Settlement discussions, including the appointment of a special master for settlement

14. Future status conferences, including:

    a. How often status conferences should occur

    b. Whether these conferences should be in-person

ENTER:

Date: May 11, 2022

_____
REBECCA R. PALLMEYER
United States District Judge