**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRIC OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ABBOTT LABORATORIES, et al. | ) | |
| PRETERM INFANT NUTRITION | ) | MDL No. 3026 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Master Docket No. 22 C 71 |
| | ) | |
| | ) | Judge Rebecca R. Pallmeyer |

**PLAINTIFFS' MOTION FOR CLARIFICATION**

Plaintiffs, by and through Plaintiffs' Liaison Counsel, Elizabeth A. Kaveny, move this Honorable Court for an Order clarifying the information sought in the parties' Position Papers which were requested to be produced by the parties by June 17, 2022, and in support thereof, states as follows:

1. On May 19, 2022 this Court held the first video status hearing in the instant matter.

2. On May 19, 2022, this Court issued a Minute Entry regarding the status hearing held on May 19, 2022, pursuant to which the parties were required to file certain documents with the Court to regarding pretrial procedures by June 17, 2022. [100]. One of the documents discussed to be included in the documents to be submitted to the Court were "Position Papers" and/or "Position Statements."

3. On June 2, 2022, the parties conducted a meet and confer regarding the documents to be provided to this Court and were unable to agree during that meeting specifically as to what the Court intended by the parties to include or rather, not include in its Position Paper.

4. Accordingly, Plaintiffs respectfully request that this Court clarify what she would like to be presented in the Position Papers.

5.  In the alternative, should this Court find clarification unnecessary and/or improper under the circumstances, Plaintiffs respectfully request that the date by Position Papers are to be submitted be extended to a date after the scheduled June 30, 2022 case management conference.

WHEREFORE, Plaintiffs move this Honorable Court for an Order clarifying the information sought from the Position Papers which were requested at the May 19, 2022 status hearing in this matter, or, in the alternative, an Order extending the date by which the Position Papers are to be submitted after the scheduled June 30, 2022 case management conference, and for any other relief deemed just and fair.

Respectfully submitted,

By: /s/ Elizabeth A. Kaveny
Plaintiffs' Liaison Counsel
KAVENY + KROLL, LLC
130 E. Randolph St., Suite 2800
Chicago, IL 60601
elizabeth@kavenykroll.com