UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ABBOTT LABORATORIES, ET AL.,
PRETERM INFANT NUTRITION
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Hammann v. Abbott Laboratories, Inc., ) | |
|     N.D. Illinois, C.A. No. 1:22-02829 ) | MDL No. 3026 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Hammann*) on June 2, 2022. The Panel has now determined that this action was included on the conditional transfer order in error.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-8" filed on June 2, 2022, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel