# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | Case No. 1:22-cv-00071 |
| This Document Relates to:<br><br>ALL ACTIONS | Judge Rebecca R. Pallmeyer |

## PROPOSED AGENDA FOR
## JUNE 30, 2022 CASE MANAGEMENT CONFERENCE

The Parties met and conferred on June 29, 2022, to discuss the topics for the upcoming Case Management Conference. Based on those discussions, the Parties propose the following agenda:

1. Discussion regarding formal approval of the Plaintiffs' Leadership Committee, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee;

2. Disputed issues regarding:
   a. Direct Filing Order
   b. Master Complaint;

3. Discussion regarding:
   a. Plaintiffs' Profile Form; and
   b. Plaintiffs' Fact Sheet;

4. Discussion regarding coordination with state courts and discovery schedule (in-chambers discussion);

5. Disputed issues to be heard that were not outlined in the Court's June 3, 2022 Minute Order (Dkt. No. 113):
   a. Protective Order;
   b. Privilege Order;

6. Updates regarding:
   a. Joint Coordination Order
   b. ESI Protocol
   c. Deposition Protocol

7. Discussion regarding the Bellwether Selection Protocol;

8. Personal Jurisdiction over Mead Johnson

9. Discussion regarding Position Papers, including whether the Court wants Position Papers, and if so, the contents of the Position Papers.

Dated: June 30, 2022                Respectfully submitted,


/s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON BECKER, PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
tbecker@johnsonbecker.com
CO-LEAD COUNSEL

/s/ *C. Andrew Childers*
C. Andrew Childers
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, Sixth Floor
Pensacola, FL 32502
Telephone: (850) 435-7000
achilders@levinlaw.com
CO-LEAD COUNSEL

/s/ *Wendy R. Fleishman*
Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
wfleishman@lchb.com
CO-LEAD COUNSEL

/s/ *José M. Rojas*
José M. Rojas
LEVIN, ROJAS, CAMASSAR & RECK, LLC
40 Russ Street
Hartford, Connecticut 06106
Telephone: (860) 232-3476
rojas@ctlawyer.net
CO-LEAD COUNSEL

/s/ *Diandra S. Debrosse Zimmermann*
Diandra S. Debrosse Zimmerman
Dicello Levitt Gutzler, LLC
420 20th St. N. Ste. 2525
Birmingham, AL 35203
Tel: (205) 453-6415
Fax: (205) 718-7688
fu@dicellolevitt.com
CO-LEAD COUNSEL

/s/ *Elizabeth A. Kaveny*
Elizabeth A. Kaveny
KAVENY + KROLL, LLC
130 E. Randolph Street, Suite 2800
Chicago, Illinois 60601
Phone: 312-761-5585
elizabeth@kavenykroll.com
PLAINTIFFS' LIAISON COUNSEL

| By: /s/ *Rachel M. Cannon* | By: /s/ *Stephanie E. Parker* |
|---|---|
| Anthony J. Anscombe<br>Rachel M. Cannon<br>Darlene K. Alt<br>William R. Andrichik<br>STEPTOE & JOHNSON LLP<br>227 West Monroe, Suite 4700<br>Chicago, IL 60606<br>312.577.1270<br>(312) 577-1370 (fax)<br>Email: rcannon@steptoe.com<br>312.577.1262<br>Email: dalt@steptoe.com<br>312.577.1273<br>Email: wandrichik@steptoe.com<br><br>*Attorneys for Defendants Mead Johnson, LLC* | Stephanie E. Parker<br>JONES DAY<br>1221 Peachtree Street NE<br>Suite 400<br>Atlanta, GA 30361<br>404.581.8552<br>404.581.8330 (fax)<br>Email: separker@jonesday.com<br><br>Meir Feder<br>JONES DAY<br>250 Vesey Street, Floor 34<br>New York, NY 10281<br>212.326.7870<br>212.755.7306 (fax)<br>Email mfeder@jonesday.com |

| | |
|---|---|
| *and Mead Johnson Nutrition Company* | Bridget K. O'Connor<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>202.879.3869<br>202.626.1700 (fax)<br>Email: boconnor@jonesday.com<br><br>*Attorneys for Defendants Abbott Laboratories and Abbott Laboratories, Inc.* |