IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3026<br><br>Master Docket No. 22 C 71<br><br>Judge Rebecca R. Pallmeyer |

**PROPOSED AGENDA FOR
AUGUST 18, 2022 STATUS HEARING**

The Parties conferred to discuss the topics for the upcoming Status Hearing, and propose the following agenda for tomorrow's Status Hearing:

1. **Status of proposed orders submitted on 6/17:**
   a. **Protective Order** – updated proposed order submitted 8/14
   b. **Privileged Materials 502(d) Order** – updated proposed order submitted 8/14
   c. **Master Complaint** – Dkts. 124 & 129; supplemental briefing submitted 8/17

2. **Proposed orders submitted since 6/30 Status Hearing:**
   a. **Joint Coordination Order** – Dkts. 161 & 162; *see also* Dkts. 163, 164 & 177
   b. **ESI Protocol** – Dkts. 159 & 160
   c. **Bellwether Selection Protocol & PPF Authorization** – Dkts. 175 & 178
      i. Plaintiffs and Defendants are all in agreement with the Court's proposed language in Dkt. 178.

3. **Mead Johnson personal jurisdiction dispute**

4. **Remand motions**

Respectfully submitted on August 17, 2022 by:

/s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON BECKER, PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Telephone: 612.436.1800
tbecker@johnsonbecker.com
CO-LEAD COUNSEL

/s/ *C. Andrew Childers*
C. Andrew Childers
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, Sixth Floor
Pensacola, FL 32502
Telephone: 850.435.7000
achilders@levinlaw.com
CO-LEAD COUNSEL

/s/ *Wendy R. Fleishman*
Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
wfleishman@lchb.com
CO-LEAD COUNSEL

/s/ *José M. Rojas*
José M. Rojas
LEVIN, ROJAS, CAMASSAR & RECK, LLC
40 Russ Street
Hartford, Connecticut 06106
Telephone: 860.232.3476
rojas@ctlawyer.net
CO-LEAD COUNSEL

/s/ *Diandra S. Debrosse Zimmermann*
Diandra S. Debrosse Zimmerman
Dicello Levitt Gutzler, LLC
420 20th St. N. Ste. 2525
Birmingham, AL 35203
Tel: 205.453.6415
Fax: 205.718.7688
fu@dicellolevitt.com
CO-LEAD COUNSEL

/s/ *Stephanie E. Parker*
Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8552
404.581.8330 (fax)
Email: separker@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

*Attorneys for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*

- and -

/s/ *Rachel M. Cannon*
Anthony J. Anscombe
Rachel M. Cannon
Darlene K. Alt
William R. Andrichik
STEPTOE & JOHNSON LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
312.577.1370 (fax)
Email: rcannon@steptoe.com
312.577.1262
Email: dalt@steptoe.com
312.577.1273
Email: wandrichik@steptoe.com

*Attorneys for Defendants Mead Johnson, LLC and Mead Johnson Nutrition Company*

/s/ *Elizabeth A. Kaveny*
Elizabeth A. Kaveny
KAVENY + KROLL, LLC
130 E. Randolph Street, Suite 2800
Chicago, Illinois 60601
Phone: 312.761.5585
elizabeth@kavenykroll.com
PLAINTIFFS' LIAISON COUNSEL