**IN RE PRETERM INFANT NUTRITION FORMULA LITIGATION MDL MONTHLY TIME REPORT**

Firm Name: _____ Date: _____

**Categories** 1. Investigation/Factual Research  2. Attorney Meetings/Strategy  3. Leadership Case Management Duties  4. Court Appearances  5. Pleadings  6. Written Discovery  7. Plaintiff Discovery (Doc. Production, DME)  8. Document Review  9. Legal Research/Memoranda  10. Scientific Research  11. Motions/Briefs  12. Depositions (Prepare/Take/Defend)  13. Class Certification/Notice 14. Experts/Consultants  15. Settlement/Mediation  16. Bellwether Selection  17. Trial Preparation  18. Trial  19. Appeal  20. Client Communications  21. Miscellaneous

| Last Name | First Name | Firm Name | Professional level: Partner (PT), Associate (A), Of Counsel (OC) or Paralegal (PL) | Date of Service | Category Code | Detailed Description of Work Performed | Time spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total | 0.00 | $0.00 |