**IN RE PRETERM INFANT NUTRITION FORMULA LIT**
**MONTHLY TIME REPORT TOTALS**

Firm Name: _____

Date: _____

| Category Name | Total Time per Category |
|---|---|
| 1. Investigation/Factual Research | |
| 2. Attorney Meetings/Strategy | |
| 3. Leadership Case Management Duties | |
| 4. Court Appearances | |
| 5. Pleadings | |
| 6. Written Discovery | |
| 7. Plaintiff Discovery (Doc. Production, DME) | |
| 8. Document Review | |
| 9. Legal Research/Memoranda | |
| 10. Scientific Research | |
| 11. Motions/Briefs | |
| 12. Depositions (Prepare/Take/Defend) | |
| 13. Class Certification/Notice | |
| 14. Experts/Consultants | |
| 15. Settlement/Mediation | |
| 16. Bellwether Selection | |
| 17. Trial Preparation | |
| 18. Trial | |
| 19. Appeal | |
| 20. Client Communications | |
| 21. Miscellaneous | |
| **Total:** | 0.00 |

**IGATION MDl**

| Total Fees per Category |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| $0.00 |