# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Shannon E. Hall, et al.

                              Plaintiff,

v.                                                                 Case No.: 1:22−cv−00071

                                                                                   Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's lead counsel is directed to respond within 7 days to Defendant's proposal [239] that the court hear scientific presentations. If Plaintiffs object, Defendants' reply, if any, will be due 7 days thereafter. If Plaintiffs agree to this proposal, the parties are directed to meet and confer regarding the appropriate date and format for such presentations. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.