# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3026<br><br>Master Docket No. 22 C 71<br><br>Judge Rebecca R. Pallmeyer |

### PROPOSED AGENDA FOR OCTOBER 11, 2022 STATUS CONFERENCE AND PLAINTIFFS' REQUEST TO CONDUCT CONFERENCE REMOTELY

The Parties have conferred and jointly propose the following agenda for October 11, 2022 Status Conference:

1. Bellwether Selection Process & Plaintiff Profile Forms/Medical Record Authorizations
2. Status of ESI Protocol

In addition, Plaintiffs respectfully request to conduct the Status Conference remotely. Defendants do not oppose this request.

Dated: October 7, 2022            Respectfully submitted,

By: /s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON BECKER, PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
tbecker@johnsonbecker.com
CO-LEAD COUNSEL

By: /s/ *Stephanie E. Parker*
Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8552
404.581.8330 (fax)
Email: separker@jonesday.com

By: /s/ *C. Andrew Childers*
C. Andrew Childers
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR
& MOUGEY, P.A.
316 S. Baylen Street, Sixth Floor
Pensacola, FL 32502
Telephone: (850) 435-7000
achilders@levinlaw.com
CO-LEAD COUNSEL

By: /s/ *Wendy R. Fleishman*
Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
wfleishman@lchb.com
CO-LEAD COUNSEL

By: /s/ *Jose M. Rojas*
Jose M. Rojas
LEVIN, ROJAS, CAMASSAR & RECK, LLC
40 Russ Street
Hartford, Connecticut 06106
Telephone: (860) 232-3476
rojas@ctlawyer.net
CO-LEAD COUNSEL

By: /s/ *Diandra "Fu" Debrosse Zimmerman*
Diandra "Fu" Debrosse Zimmermann
DICELLO LEVITT GUTZLER LLC
420 20th Street North, Suite 2525
Birmingham, Alabama 35203
Phone: 205-855-5700
fu@dicellolevitt.com
CO-LEAD COUNSEL

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

*Attorneys for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*

- and -

By: /s/ *Rachel M. Cannon*
Anthony J. Anscombe
Rachel M. Cannon
Darlene K. Alt
William R. Andrichik
STEPTOE & JOHNSON LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
(312) 577-1370 (fax)
Email: aanscombe@steptoe.com
Email: rcannon@steptoe.com
Email: dalt@steptoe.com
Email: wandrichik@steptoe.com

*Attorneys for Defendants Mead Johnson, LLC and Mead Johnson Nutrition Company*

By: /s/ *Elizabeth A. Kaveny*
Elizabeth A. Kaveny, Esq.
KAVENY + KROLL, LLC
130 E. Randolph Street, Suite 2800
Chicago, Illinois 60601
Phone: 312-761-5585
elizabeth@kavenykroll.com
PLAINTIFFS' LIAISON COUNSEL