# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hall v. Abbott Laboratories

Case Number: 1:22-cv-00071

An appearance is hereby filed by the undersigned as attorney for:
Mead Johnson & Company, LLC and Mead Johnson Nutrition Company

Attorney name (type or print): Elyse D. Echtman

Firm: Steptoe & Johnson LLP

Street address: 1114 Sixth Avenue, 35th Floor

City/State/Zip: New York, New York, 10036

Bar ID Number: 2617462
(See item 3 in instructions)

Telephone Number: 212-378-7551

Email Address: eechtman@steptoe.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 11, 2022

Attorney signature: S/ Elyse D. Echtman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015