IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL NO. 3026 <br><br> Master Docket No. 1:22-cv-00071 |
| This Document Relates to: <br><br> ALL ACTIONS | Hon. Rebecca R. Pallmeyer |

## PROPOSED REVISED SCHEDULE

In accordance with the Court's February 3, 2023 Order [307], the Parties respectfully submit the following proposed revised schedule for the Court's consideration. The Parties agree as to all of the proposed dates up through October 30, 2023. However, despite conferring, the Parties have competing proposals for the remaining case deadlines. To facilitate the Court's review, the Parties' respective proposals for any disputed deadlines are listed in separate columns.

The Parties will be available to discuss these issues at the June 21, 2023 Status Conference.

| Deadline | Agreed Dates |
|---|---|
| Abbott to provide plaintiffs with the names of additional, potential foreign regulatory and/or lobbying custodians for consideration | 06/23/23 |
| Abbott to substantially complete the production of certain non-custodial shared drives and SharePoint sites that Abbott agreed as of 04/12/23 to (i) collect entirely, (ii) apply the search terms agreed to on 02/17/22 and 01/02/23, and (iii) review for potential production | 06/23/23 |
| Abbott to substantially complete productions for 10 of the 30 general liability custodians identified to date | 06/30/23 |

| | |
|---|---|
| Mead Johnson will use best efforts to substantially complete document productions for 18 of its original 23 custodians on or about this date (to the extent not already completed) | 06/30/23 |
| Plaintiffs to provide Abbott and Mead Johnson with supplemental interrogatory responses | 06/30/23 |
| Plaintiffs to use best efforts to provide Abbott and Mead Johnson with the names of any additional general liability custodians | 06/30/23 |
| Abbott will produce documents on a rolling basis for the remaining 20 general liability custodians identified to date | 07/01/23 – 09/29/23 |
| Mead Johnson will produce documents on a rolling basis for the remaining general liability custodians identified to date as set forth in more detail below | 07/01/23 – 10/30/23 |
| Bellwether Plaintiffs to substantially complete their productions in response to Abbott's and Mead Johnson's requests for production | 07/12/23 |
| Mead Johnson will use best efforts to substantially complete document productions for the remaining 5 of its original 23 custodians on or about this date | 07/15/23 |
| Parties to meet and confer regarding anticipated production schedule for general liability custodians Plaintiffs designate by 06/30/23 | 07/21/23 |
| Mead Johnson will use its best efforts to substantially complete document productions for 7 additional custodians on or about this date | 07/30/23 |
| Abbott to substantially complete the production from certain non-custodial shared drives and SharePoint sites that Abbott agreed as of 05/15/23 to collect based on application of a separately negotiated set of search terms to folder/file path listings, which will be used to identify documents for review and potential production | 07/31/23 |
| Abbott will substantially complete the production of supplemental clinical study data for a population of 23 studies agreed to by the parties to the Illinois state court litigation on 01/23/23 | 08/15/23 |
| Mead Johnson will use its best efforts to substantially complete document productions for 6 additional custodians on or about this date | 08/15/23 |
| Abbott and Mead Johnson to use best efforts to substantially complete document production of "PSURs" (or their jurisdictional equivalents) they submitted to regulators in Canada, Israel, India, or the EU, to the extent such documents exist for the relevant time period | 08/15/23 |
| Parties to select 4 initial bellwether trial cases | |

| | | |
|---|---|---|
| (Note: will commence case-specific discovery in trial selections as of this date; general discovery will remain ongoing) | 09/14/23 | |
| Abbott to substantially complete productions for general liability custodians | 09/29/23 | |
| Parties to provide the Court with a Joint Status Report regarding the progress of fact discovery | 09/29/23 | |
| Mead Johnson will use its best efforts to substantially complete document productions for 6 additional custodians on or about this date | 10/15/23 | |
| Mead Johnson to substantially complete productions for general liability custodians | 10/30/23 | |
| | **Defense Proposal** | **Plaintiff Proposal** |
| Close of fact discovery (Note: this applies to both general and case-specific fact discovery in trial selections) | 12/31/23 | 02/02/24 |
| Plaintiffs to submit expert reports (Note: this applies to both general and case-specific expert discovery in trial selections) | 02/12/24 | 03/22/24 |
| Defendants to submit expert reports | 03/25/24 | 04/19/24 |
| Submission of any rebuttal expert reports | 04/12/24 | 05/17/24 |
| Depositions of experts | 04/15/24 – 05/31/24 | 06/03/24 – 08/02/24 |
| Timeframe to conduct court-ordered mediation in trial selections | 06/03/24 – 06/14/24 | 08/05/24 – 08/16/24 |
| Any summary judgment or *Daubert* motions | 06/21/24 | 08/30/24 |
| Responses to any summary judgment or *Daubert* motions | 07/26/24 | 10/11/24 |
| Replies to any summary judgment or *Daubert* motions | 08/16/24 | 10/25/24 |
| Hearing dates on summary judgment or *Daubert* motions | 08/26/24 – 08/27/24 | 11/04/24 – 11/08/24 |
| Pretrial Conference date to establish schedule for initial trials | 09/09/24 | 11/19/24 |

Dated: June 16, 2023                    Respectfully Submitted,

By: /s/ *Timothy J. Becker*              By: /s/ *Stephanie E. Parker*
Timothy J. Becker
JOHNSON BECKER, PLLC                     Stephanie E. Parker
444 Cedar Street                         JONES DAY
Suite 1800                               1221 Peachtree Street NE
St. Paul, MN 55101                       Suite 400
Telephone: (612) 436-1800                Atlanta, GA 30361
tbecker@johnsonbecker.com                404.581.8552
CO-LEAD COUNSEL                          404.581.8330 (fax)
                                         Email: separker@jonesday.com

By: /s/ *C. Andrew Childers*
C. Andrew Childers
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.
316 S. Baylen Street, Sixth Floor
Pensacola, FL 32502
Telephone: (850) 435-7000
achilders@levinlaw.com
CO-LEAD COUNSEL

By: /s/ *Wendy R. Fleishman*
Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
wfleishman@lchb.com
CO-LEAD COUNSEL

By: /s/ *Jose M. Rojas*
Jose M. Rojas
LEVIN, ROJAS, CAMASSAR & RECK, LLC
40 Russ Street
Hartford, Connecticut 06106
Telephone: (860) 232-3476
rojas@ctlawyer.net
CO-LEAD COUNSEL

By: /s/ *Diandra "Fu" Debrosse Zimmerman*
Diandra "Fu" Debrosse Zimmermann
DICELLO LEVITT GUTZLER LLC
420 20th Street North, Suite 2525
Birmingham, Alabama 35203
Phone: 205-855-5700
fu@dicellolevitt.com
CO-LEAD COUNSEL

By: /s/ *Elizabeth A. Kaveny*
Elizabeth A. Kaveny, Esq.
KAVENY + KROLL, LLC
130 E. Randolph Street, Suite 2800
Chicago, Illinois 60601
Phone: 312-761-5585

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

*Counsel for Defendant Abbott Laboratories, Inc.*

By: /s/ Rachel M. Cannon

Anthony J. Anscombe
Rachel M. Cannon
STEPTOE & JOHNSON LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
312.577.1370 (fax)
aanscombe@steptoe.com
rcannon@steptoe.com

Elyse D. Echtman
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
212.506.3900
eechtman@steptoe.com

*Attorneys for Defendants Mead Johnson & Co., LLC and Mead Johnson Nutrition Company*

elizabeth@kavenykroll.com
PLAINTIFFS' LIAISON COUNSEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL NO. 3026 <br><br> Master Docket No. 1:22-cv-00071 |
| This Document Relates to: <br><br> ALL ACTIONS | Hon. Rebecca R. Pallmeyer |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **June 16, 2023**, Defendants Abbott Laboratories and Abbott Laboratories, Inc. filed the attached PROPOSED REVISED SCHEDULE with the United States District Court Northern District of Illinois.

DATED: June 16, 2023

Respectfully submitted,

/s/ *Stephanie E. Parker*

Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8552
404.581.8330 (fax)
Email: separker@jonesday.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing PROPOSED REVISED SCHEDULE was electronically filed with the Clerk of Court using CM/ECF this 16th day of June 2023. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Stephanie E. Parker*