**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3026** |
| | **Master Docket No. 1:22-cv-00071** |
| **This Document Relates to:** | **Hon. Rebecca R. Pallmeyer** |
| **ALL ACTIONS** | |

## AGREED ORDER REGARDING BELLWETHER TRIAL SELECTIONS

Having considered the positions of the parties, the Court hereby continues the deadline for the parties to make their bellwether trial selections from September 14, 2023 (Doc. #365) to October 16, 2023.

**IT IS SO ORDERED.**

Dated: October 3, 2023

_____
HON. REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE