**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ABBOTT LABORATORIES, *et al.*, | ) | |
| PRETERM INFANT NUTRITION PRODUCTS | ) | **MDL No. 3026** |
| LIABILITY LITIGATION | ) | |
| _____ | ) | **Master Docket No. 22 C 71** |
| | ) | |
| This Document Relates To: | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| All Actions | ) | |

## ORDER

The court has reviewed the parties' proposed revised scheduling order and adopts the proposed schedule as set forth below.

## STATEMENT

| Event | Date |
|---|---|
| Close of fact discovery | August 9, 2024 |
| Parties to submit position papers regarding the representativeness of the trial selections | August 23, 2024 |
| Plaintiffs to submit reports of general experts and case-specific experts in all trial selections | September 25, 2024 |
| Defendants to submit reports of general experts and case-specific experts in all trial selections | October 28, 2024 |
| Parties to submit rebuttal expert reports | November 15, 2024 |
| Depositions of experts | November 4, 2024 through January 10, 2025 |
| Summary judgment and/or *Daubert* motions (for all trial selections) | January 24, 2025 |
| Responses to summary Judgment and/or *Daubert* motions | February 28, 2025 |
| Replies in support of summary Judgment and/or *Daubert* motions | March 14, 2025 |
| Hearing(s) on summary Judgment and/or *Daubert* motions | March 24, 2025 |

| | |
|---|---|
| Final pretrial conference in first bellwether trial | April 17, 2025 |
| Start of first bellwether trial (if case-dispositive motions are denied) | May 5, 2025 |

ENTER:

Dated: June 6, 2024

_____
REBECCA R. PALLMEYER
United States District Judge