IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL NO. 3026<br><br>Master Docket No. 1:22-cv-00071 |
| This Document Relates to:<br><br>ALL ACTIONS | Hon. Rebecca R. Pallmeyer |

### STIPULATION REGARDING PROPOSED TRIAL DATES

WHEREFORE, the Parties have reached an agreement regarding proposed dates for the commencement of the first four bellwether trials, to the extent such cases survive dispositive motions;

WHEREFORE, the Parties submit this stipulation reflecting their agreement for the Court's consideration, in response to the Court's orders [ECF Nos. 558, 560];

WHEREFORE, the Parties respectfully ask the Court to schedule the first four bellwether trials to commence as follows:

1. **May 5, 2025**: *Ericka Mar, as Administratrix of the Estate of RaiLee Mar v. Abbott Laboratories*, Case No. 1:22-cv-00232

2. **August 11, 2025**: *Keosha Diggs, Individually and as Parent and General Guardian of K.B. (Kamari Brown) v. Abbott Laboratories*, Case No. 1:22-cv-05356

3. **November 3, 2025**: *Rebekah Etienne & Deondrick Brown, Sr. v. Abbott Laboratories*, Case No. 1:22-cv-02001

4. **February 2, 2026**: *Inman v. Mead Johnson & Company, LLC, et al.*; Case No. 1:22-cv-03737

The Parties will be available, as needed, to discuss any questions the Court may have at the next Status Conference.

Dated: October 4, 2024

Respectfully Submitted,

By: /s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON BECKER, PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
tbecker@johnsonbecker.com
CO-LEAD COUNSEL

By: /s/ *C. Andrew Childers*
C. Andrew Childers
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, Sixth Floor
Pensacola, FL 32502
Telephone: (850) 435-7000
achilders@levinlaw.com
CO-LEAD COUNSEL

By: /s/ *Wendy R. Fleishman*
Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
wfleishman@lchb.com
CO-LEAD COUNSEL

By: /s/ *Jose M. Rojas*
Jose M. Rojas
LEVIN, ROJAS, CAMASSAR & RECK, LLC
40 Russ Street
Hartford, Connecticut 06106
Telephone: (860) 232-3476
rojas@ctlawyer.net

By: /s/ *Ed Carter*
James F. Hurst, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312.862.5230
Email: james.hurst@kirkland.com
LEAD COUNSEL

Edward M. Carter (admitted pro hac vice)
JONES DAY
325 John H. McConnell Boulevard
Columbus, OH 43215
614.281.3906
emcarter@jonesday.com

*Counsel for Defendant Abbott Laboratories, Inc.*

By: /s/ *Rachel M. Cannon*
Anthony J. Anscombe
Rachel M. Cannon
STEPTOE & JOHNSON LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
312.577.1370 (fax)
aanscombe@steptoe.com
rcannon@steptoe.com
LEAD COUNSEL

Elyse D. Echtman
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
212.506.3900
eechtman@steptoe.com

CO-LEAD COUNSEL

By: /s/ *Diandra "Fu" Debrosse Zimmerman*
Diandra "Fu" Debrosse Zimmermann
DICELLO LEVITT GUTZLER LLC
420 20th Street North, Suite 2525
Birmingham, Alabama 35203
Phone: 205-855-5700
fu@dicellolevitt.com
CO-LEAD COUNSEL

By: /s/ *Elizabeth A. Kaveny*
Elizabeth A. Kaveny, Esq.
KAVENY + KROLL, LLC
130 E. Randolph Street, Suite 2800
Chicago, Illinois 60601
Phone: 312-761-5585
elizabeth@kavenykroll.com
PLAINTIFFS' LIAISON COUNSEL

By: /s/ Paul W. Schmidt
Phyllis A. Jones
Paul W. Schmidt
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington DC 20001

*Attorneys for Defendants Mead Johnson & Co., LLC and Mead Johnson Nutrition Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL NO. 3026 <br><br> Master Docket No. 1:22-cv-00071 |
| This Document Relates to: <br><br> ALL ACTIONS | Hon. Rebecca R. Pallmeyer |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **October 4, 2024**, Defendants Abbott Laboratories and Abbott Laboratories, Inc. filed the attached STIPULATION REGARDING PROPOSED TRIAL DATES with the United States District Court Northern District of Illinois.

DATED: October 4, 2024

Respectfully submitted,

/s/ *Ed Carter*

Edward M. Carter (admitted pro hac vice)
JONES DAY
325 John H. McConnell Boulevard
Columbus, OH 43215
614.281.3906
emcarter@jonesday.com

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and correct copy of the foregoing STIPULATION REGARDING PROPOSED TRIAL DATES was electronically filed with the Clerk of Court using CM/ECF this 4th day of October 2024. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

<u>/s/ *Ed Carter*</u>