# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Shannon E. Hall, et al.

                             Plaintiff,

v.                                                      Case No.: 1:22−cv−00071

                                                           Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court sets the following bellwether Trial Dates as proposed in Stipulation [561]: (1) May 5, 2025: Ericka Mar, as Administratrix of the Estate of RaiLee Mar v. Abbott Laboratories, Case No. 1:22−cv−00232; (2) August 11, 2025: Keosha Diggs, Individually and as Parent and General Guardian of K.B. (Kamari Brown) v. Abbott Laboratories, Case No. 1:22−cv−05356; (3) November 3, 2025: Rebekah Etienne & Deondrick Brown, Sr. v. Abbott Laboratories, Case No. 1:22−cv−02001; and (4) February 2, 2026: Inman v. Mead Johnson & Company, LLC, et al.; Case No. 1:22−cv−03737. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.