**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Shannon E. Hall, et al.
                    Plaintiff,

v.                                          Case No.: 1:22−cv−00071
                                                         Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Relating to 22−cv−5356, *Diggs v. Abbott*, non−participants, members of the public and media will be able to call in to listen to the in−person hearings scheduled for 7/28/2025 at 10:00 a.m. and 7/30/2025 at 11:15 a.m. To join the telephone hearing please dial 1−650−479−3207 and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.