UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Shannon E. Hall, et al.
                            Plaintiff,

v.                                               Case No.: 1:22−cv−00071
                                                  Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs have moved to compel responses from Abbott Laboratories concerning Abbott's influence on the NEC Working Group. Abbott asserts it had no such influence and objects to the request for this discovery as untimely. Fact discovery in the Diggs case closed last year, before the Working Group issued its report. Abbott notes that most of the experts prepared reports for the *Diggs* trial prior to the issuance of that report, and that the data considered in the Working Group report is the same data reviewed by those experts. In any event, Abbott has now determined it will not introduce the Working Group report in any trial in this MDL, and Plaintiffs have not suggested they intend to do so. Thus, the discovery Plaintiffs now seek will be useful, if at all, only for purposes of impeaching experts concerning a report that will not be referred to or used in any way at trial. The court therefore views Plaintiffs 9; request as disproportionate in light of the expense of additional discovery and the needs of this case. Their motion to compel or to reopen discovery [662] is denied. Mailed notice(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.