# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: *Inman v. Mead Johnson & Company, LLC et al.,*<br><br>Case No. 1:22-cv-03737 | MDL No. 3026<br><br>Master Docket No. 1:22-CV-00071<br><br>Judge Rebecca R. Pallmeyer |

**Declaration of Timothy J. Becker in Support of Plaintiff's Response to Defendant's Motion to Exclude Dr. Logan Spector (ECF No. 53)**

I, Timothy J. Becker, state and declare as follows:

1. I am a partner with the law firm of Johnson Becker, PLLC, and counsel for Plaintiffs in this MDL. I am duly authorized to practice before this Court. I have personal knowledge of the facts and assertions set forth herein. I gained that information in connection with my role as Co-Lead Counsel and as a member of the Plaintiffs' Leadership Committee. If called to testify I could report on the veracity of the facts and documents set forth herein.

2. Attached hereto are true and accurate copies of the following documents submitted in support of Plaintiff's Response to Defendant's Motion to Exclude Dr. Logan Spector (ECF No. 53):

- Attached as **Exhibit A** is a true and accurate copy of a document titled "*Protein hydrolysate versus standard formula for preterm infants*

- *(Review),"* by Ng DHC, Klassen JRL, Embleton ND, et al. Cochrane Library – Cochrane Database of Systematic Reviews (2019), Issue 7.

- Attached as **Exhibit B** is a true and accurate copy of a chart labeled *"Chart I: Extensively Hydrolyzed Products"*.

- Attached as **Exhibit C** is a true and accurate copy of a chart labeled *"Chart II: Total Exposure Partial and Extensively Hydrolyzed Products"*.

- Attached as **Exhibit D** is a true and accurate copy of an article titled *"Effects of an Exclusive Human Milk Diet on the Gut Microbiome in Preterm Infants – A Randomized Clinical Trial,"* by Embleton, ND, et al., *JAMA Network Open.* 2023;6(3):e231165.

- Attached as **Exhibit E** is a true and accurate copy of an article titled *"Effect of human milk-based fortification in extremely preterm infants fed exclusively with breast milk: a randomized controlled trial,"* by Jensen GB, et al., EClinicalMedicine. 2024 Jan. 2; 68:102375.

- Attached as **Exhibit F** is a true and accurate copy of an article titled *"Effect of Donor Milk on Severe Infections and Mortality in Very Low-Birth-Weight Infants – The Early Nutrition Study Randomized Clinical Trial,"* by Corpeleijn WE, et al., *JAMA Pediatr.* 2016 Jul. 1;170(7):654-61.

Dated: October 6, 2025                                        Respectfully submitted,

                                                              */s/ Timothy J. Becker*