## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation* | MDL No. 3026<br><br>Master Docket No. 1:22-cv-00071<br><br>Hon. Rebecca R. Pallmeyer |
| **This Document Relates to:**<br>ALL CASES | |

### JOINT AGENDA FOR CASE MANAGEMENT CONFERENCE

On behalf of the Parties, the Mead Johnson Defendants submit the following Joint Agenda in advance of the Case Management Conference set for Thursday, October 16, 2025:

1. Second and third waves of Abbott bellwether cases;

2. Dismissals of cases involving only fortifier claims;

3. Dismissals of time-barred wrongful death claims;

4. *Inman* proceedings, including dispositive motions hearing schedule and *Lexecon* issues;

5. Leave of Court under Fed. R. Civ. P. 30(a)(2)(B) to take a deposition in *Brown*.

Dated: October 16, 2025

Respectfully submitted,

/s/ *Emily S. Ullman*

Paul W. Schmidt
Phyllis A. Jones
Emily S. Ullman
Elizabeth T. Fouhey
Sumner T. Truax
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
202-662-6000
pschmidt@cov.com
pajones@cov.com

eullman@cov.com
efouhey@cov.com
struax@cov.com

Rachel M. Cannon
Anthony J. Anscombe
**STEPTOE LLP**
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
rcannon@steptoe.com
aanscombe@steptoe.com

*Counsel for Defendant Mead Johnson & Company, LLC and Mead Johnson Nutrition Company*