# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Shannon E. Hall, et al.
                        Plaintiff,

v.                                                 Case No.: 1:22−cv−00071
                                                    Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Counsel have advised the court that Attorney Jose Rojas will withdraw from the Plaintiffs' Lead Counsel team in this MDL. The court directs Mr. Rojas to file a motion for leave to withdraw from that responsibility. The court understands Mr. Rojas remains counsel for Plaintiff Inman, whose case is scheduled for trial in February 2026. Counsel for the parties in that case are directed to confirm, by November 14, 2025, their intention to call expert witnesses at the Inman trial; identify those witnesses; and state their views concerning the presentation of live testimony at a pre−trial Daubert hearing. Counsel are reminded that their communications with the court should be by way of filings in the public record, accompanied by requests, if appropriate, that submissions be made under seal. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.