IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL No. 3026 <br><br> Master Docket No. 1:22-cv-00071 <br><br> Hon. Rebecca R. Pallmeyer |
| This Document Relates to: <br><br> ALL ACTIONS | |

## MOTION FOR LEAVE TO WITHDRAW FROM THE PLC

The undersigned counsel hereby respectfully moves for leave to withdraw from the Plaintiffs' Leadership Committee in the above-captioned MDL.

**Respectfully Submitted,**

*/s/ Jose M. Rojas*
**LEVIN ROJAS CAMASSAR AND RECK, LLC**
Jose M. Rojas, Esq.
CT Juris No. 441679
P.O. Box 431
North Stonington, CT 06359
Phone: 860-535-4040
Fax: 860-535-3434
jose@LRCR.law

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of November, 2025, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                            */s/ Jose M. Rojas*