# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Shannon E. Hall, et al.

                    Plaintiff,

v.                                                 Case No.: 1:22−cv−00071

                                                            Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for leave to withdraw from the PLC [727] is granted. Attorney Jose Rojas is withdrawn from the Plaintiff's Leadership Committee. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.