## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Shannon E. Hall, et al.

                        Plaintiff,

v.                                                  Case No.: 1:22–cv–00071
                                                    Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 13, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video status hearing convened. The parties report that discovery is on track. The court directs the parties to submit a proposed revised case management order by April 16, 2026, following which the court expects to set a further status hearing date. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.