**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | **MDL 3026** |
| | **Master Docket No 1:22-cv-00071** |
| | **Case No. 1:22-cv-01991** |
| **This Document Relates to:** | **Hon. Rebecca R. Pallmeyer** |
| *Mary Kelton, as Parent, Guardian Ad Litem, and as Next Friend of Sophie Bowden, a minor v. Abbott Laboratories, Inc.* | |

**JOINT STIPULATION TO MODIFY SCHEDULE AND
ALLOW DEPOSITION OF CHRISTOPHER CALAMARI**

The Plaintiffs' Leadership Committee ("PLC") and counsel for Defendant Abbott Laboratories, Inc. have conferred and hereby ask the Court, subject to its approval, to enter an Order reflecting the following agreed-to stipulations modifying dates within the pretrial schedule for the August trial setting set forth in Case Management Order No. 15 (Master Dkt. No. 724):

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Submission of Plaintiffs' Expert Reports | March 2, 2026 | March 6, 2026 |
| Submission of Defendant's Expert Reports | March 9, 2026 | April 1, 2026 |
| Start of Depositions for Abbott's Experts | March 2, 2026 | April 6, 2026 |
| Submission of Rebuttal Expert Reports | - | April 15, 2026 |
| Start of Depositions for Plaintiff's Experts | March 2, 2026 | April 20, 2026 |
| Conclusion of Expert Depositions | April 10, 2026 | May 15, 2026 |
| Filing of Summary Judgment and Rule 702 Motions | April 17, 2026 | May 29, 2026 |
| Filing of Oppositions to Summary Judgment and Rule 702 Motions | May 15, 2026 | June 26, 2026 |
| Filing of Replies to Summary Judgment and Rule 702 Motions | May 22, 2026 | July 10, 2026 |

1

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Oral Arguments of Summary Judgment and Rule 702 Motions | May 25-29, 2026 | July 13-15, 2026 |
| Trial | August 3, 2026 | August 10, 2026 |

The parties further agree that the PLC may take the deposition of Christopher Calamari conditional on the following terms:

1. The deposition of Christopher Calamari will be the sole general liability (*i.e.*, non-case specific) deposition of an Abbott current or former employee in the MDL;

2. Plaintiffs' counsel's examination of Christopher Calamari will be limited to three hours of on-the-record time;

3. The examination will be limited to Christopher Calamari's knowledge of Abbott's consideration of whether to seek to acquire Prolacta;

4. This agreement will be read into the record at the start of the deposition; and

5. The PLC is currently scheduled to take the deposition of Christopher Calamari on April 8, 2026. Because the deposition will occur after March 6, 2026, Plaintiff in the case captioned *Kelton v. Abbott Laboratories, Inc.* may supplement its expert reports with that testimony no later than 7 days after the deposition, and Abbott may supplement its expert reports no later than 7 days after receiving Plaintiff's supplements.

Dated: March 20, 2026

Respectfully submitted,

/s/ *Charles Andrew Childers*

By: /s/ *Rebecca Fitzpatrick*

Charles Andrew Childers
**LEVIN PAPANTONIO**
316 S. Baylen Street, Sixth Floor
Pensacola, FL 32502
Telephone: (850) 435-7000
achilders@levinlaw.com

Rebecca Fitzpatrick, P.C.
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rebecca.fitzpatrick@kirkland.com

Timothy J. Becker
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
tbecker@johnsonbecker.com

*Counsel for Defendant Abbott Laboratories, Inc.*

Deborah S. Dixon
**THE DIXON FIRM, APC**
600 West Broadway, Suite 2150
San Diego, CA 92101
Telephone: (619) 354-2662
ddixon@thedixonfirm.com

*Counsel for Plaintiffs*

3