**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | **MDL 3026** <br><br> **Master Docket No 1:22-cv-00071** <br><br> **Case No. 1:22-cv-01991** |
| **This Document Relates to:** <br> *Mary Kelton, as Parent, Guardian Ad Litem, and as Next Friend of Sophie Bowden, a minor v. Abbott Laboratories, Inc.* | **Hon. Rebecca R. Pallmeyer** |

**ORDER MODIFYING SCHEDULE AND
ALLOWING DEPOSITION OF CHRISTOPHER CALAMARI**

By agreement of the parties, set forth in their stipulation, the court directs:

1.  The *Kelton v. Abbott Laboratories, Inc.* case schedule is modified as set forth below:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Submission of Plaintiffs' Expert Reports | March 2, 2026 | March 6, 2026 |
| Submission of Defendant's Expert Reports | March 9, 2026 | April 1, 2026 |
| Start of Depositions for Abbott's Experts | March 2, 2026 | April 6, 2026 |
| Submission of Rebuttal Expert Reports | - | April 15, 2026 |
| Start of Depositions for Plaintiff's Experts | March 2, 2026 | April 20, 2026 |
| Conclusion of Expert Depositions | April 10, 2026 | May 15, 2026 |
| Filing of Summary Judgment and Rule 702 Motions | April 17, 2026 | May 29, 2026 |
| Filing of Oppositions to Summary Judgment and Rule 702 Motions | May 15, 2026 | June 26, 2026 |
| Filing of Replies to Summary Judgment and Rule 702 Motions | May 22, 2026 | July 10, 2026 |
| Oral Arguments of Summary Judgment and Rule 702 Motions | May 25-29, 2026 | July 13-15, 2026 |
| Trial | August 3, 2026 | August 10, 2026 |

2. The Plaintiffs' Leadership Committee may take the deposition of Christopher Calamari conditional on the following terms:

   a. The deposition of Christopher Calamari will be the sole general liability (*i.e.*, non-case specific) deposition of an Abbott current or former employee in the MDL;

   b. Plaintiffs' counsel's examination of Christopher Calamari will be limited to three hours of on-the-record time;

   c. The examination will be limited to Christopher Calamari's knowledge of Abbott's consideration of whether to seek to acquire Prolacta;

   d. This agreement will be read into the record at the start of the deposition; and

   e. The PLC is currently scheduled to take the deposition of Christopher Calamari on April 8, 2026.  Because the deposition will occur after March 6, 2026, Plaintiff in the case captioned *Kelton v. Abbott Laboratories, Inc.* may supplement its expert reports with that testimony no later than 7 days after the deposition, and Abbott may supplement its expert reports no later than 7 days after receiving Plaintiff's supplements.

**IT IS SO ORDERED.**

Dated: March 23, 2026

_____
REBECCA R. PALLMEYER
United States District Judge