**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3026** |
| | **Master Docket No. 1:22-cv-00071** |
| **This Document Relates to:** | **Hon. Rebecca R. Pallmeyer** |
| **ALL ACTIONS** | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 83.17, Paula S. Quist ("Movant") seeks the Court's leave to withdraw as counsel for Defendants Abbott Laboratories and Abbott Laboratories Inc. ("Abbott") in MDL No. 3026. In support of this Motion, Movant states as follows:

1. Movant is one of the counsel of record for Abbott before this Court for MDL No. 3026.

2. Movant is one of several attorneys appearing on behalf of Abbott. Other counsels of record will continue to represent Abbott in MDL No. 3026. Accordingly, the withdrawal of Movant will not delay the adjudication of any case or otherwise prejudice any party.

WHEREFORE, Movant respectfully moves for leave to withdraw her appearance in MDL No. 3026.

Dated: April 15, 2026

Respectfully submitted,

/s/ Paula S. Quist
Paula S. Quist
JONES DAY
110 N. Wacker Dr., Ste. 4800
Chicago, IL 60606
312.782.3939
pquist@jonesday.com

*Attorney for Defendants Abbott Laboratories and Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2026, I caused a true and correct copy of this motion to be electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

*/s/ Paula S. Quist*