# EXHIBIT B

## Maldonado, Cori

| | |
|---|---|
| **From:** | Yolanda Lamothe \| Kaveny Sarmas <Yolanda@kavenysarmas.com> |
| **Sent:** | Monday, May 18, 2026 1:46 PM |
| **To:** | O'Rourke, Michael; Ava B. Gehringer \| Kaveny Sarmas |
| **Cc:** | Elizabeth A. Kaveny \| Kaveny Sarmas; Anscombe, Anthony; Paul Killebrew |
| **Subject:** | [EXTERNAL] RE: Correspondence in MDL 3026 |

Good afternoon,

Please link below, per your request:

https://www.dropbox.com/scl/fo/bucjbi7p3p618ok7ew1l4/ALFJ15JnpH6JJjOZohx6AGk?rlkey=lacqjstylw5z0n8z5vw3h61x4&st=b2uks0v1&dl=0

Please contact us if you have questions.

Thank you,



**Yolanda Lamothe**
EXECUTIVE LEGAL ASSISTANT

Yolanda@kavenysarmas.com
o 312.761.5585

One Prudential Plaza
130 East Randolph Street
Suite 2800
Chicago, IL 60601

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Tuesday, May 12, 2026 3:10 PM
**To:** Ava B. Gehringer \| Kaveny Sarmas <Ava@kavenysarmas.com>; Yolanda Lamothe \| Kaveny Sarmas <Yolanda@kavenysarmas.com>
**Cc:** Elizabeth A. Kaveny \| Kaveny Sarmas <Elizabeth@kavenysarmas.com>; Anscombe, Anthony <aanscombe@steptoe.com>; Paul Killebrew <PKillebrew@cov.com>
**Subject:** RE: Correspondence in MDL 3026

Ava,

Thank you for your message. We seemed to be missing the documents linked below and are reviewing. We still don't have any documents relating to the *Hill, Jamie* (1:24-cv-01015) case. If you can, please also send those as well.

Best,

**Michael Andrew O'Rourke**
Associate

1

# Steptoe

Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** Ava B. Gehringer | Kaveny Sarmas <Ava@kavenysarmas.com>
**Sent:** Monday, May 11, 2026 2:27 PM
**To:** O'Rourke, Michael <morourke@steptoe.com>; Yolanda Lamothe | Kaveny Sarmas <Yolanda@kavenysarmas.com>
**Cc:** Elizabeth A. Kaveny | Kaveny Sarmas <Elizabeth@kavenysarmas.com>; Anscombe, Anthony <aanscombe@steptoe.com>; Paul Killebrew <PKillebrew@cov.com>
**Subject:** [EXTERNAL] RE: Correspondence in MDL 3026

Michael:

As you know these cases were originally filed in Cook County and were removed to the MDL. Plaintiffs in each of the listed cases at issue here had already submitted signed HIPAA authorizations and PPFs, in compliance with presuit investigative obligations, the latter of which we are resending for reference via the link below.

I understand there is a continuing duty to supplement in accordance with the MDL Orders for the cases once they were removed, but the representation that we have not done our diligence is unfounded.

See below for the link to the medical records requested and the PPFs that were previously sent to counsel when the cases were pending in Cook County.

https://www.dropbox.com/scl/fo/zgbwrk0nv2mijv9sn17ef/ADvtGxOM60BdSibfvuPPeDw?rlkey=uk0zqdtff15m1hekg1sdaas28&st=qnu94357&dl=0

Ava

---

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Monday, May 11, 2026 11:02 AM
**To:** Yolanda Lamothe | Kaveny Sarmas <Yolanda@kavenysarmas.com>
**Cc:** Ava B. Gehringer | Kaveny Sarmas <Ava@kavenysarmas.com>; Elizabeth A. Kaveny | Kaveny Sarmas <Elizabeth@kavenysarmas.com>; Anscombe, Anthony <aanscombe@steptoe.com>; Paul Killebrew <PKillebrew@cov.com>
**Subject:** RE: Correspondence in MDL 3026

Counsel,

Since the CMO 12 deadline has long passed in these cases, we are not able to agree to any further extension for Plaintiffs to fulfill what are fundamentally pre-suit investigative obligations. If you are already in the possession of medical records which demonstrate a Mead Johnson product was used, please provide them immediately. If you are not, we request that you dismiss the Mead Johnson defendants now without prejudice. If, within the next 60 days, your investigation does reveal the use of Mead Johnson products before the infant developed NEC, we will stipulate that Mead Johnson may be added back into this federal action via a consent motion.

Best,

2

**Michael Andrew O'Rourke**
Associate

# Steptoe

Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** Yolanda Lamothe | Kaveny Sarmas <Yolanda@kavenysarmas.com>
**Sent:** Thursday, May 7, 2026 1:49 PM
**To:** O'Rourke, Michael <morourke@steptoe.com>
**Cc:** Ava B. Gehringer | Kaveny Sarmas <Ava@kavenysarmas.com>; Elizabeth A. Kaveny | Kaveny Sarmas <Elizabeth@kavenysarmas.com>
**Subject:** [EXTERNAL] Correspondence in MDL 3026

Good afternoon, Counsel,

Please see the attached correspondence from Ms. Gehringer.

Sincerely,



**Yolanda Lamothe**
EXECUTIVE LEGAL ASSISTANT

Yolanda@kavenysarmas.com
o 312.761.5585

One Prudential Plaza
130 East Randolph Street
Suite 2800
Chicago, IL 60601

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

3