# EXHIBIT C

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MELISSA RUSSELL and JAMES RUSSELL, individually and as personal representatives of the estate of V.R., | MDL 3026 |
| Plaintiff | Master Docket No. 1:22-cv-00071 |
| v. | Case No. 1: 24-cv-03317 |
| MEAD JOHNSON & CO., LLC, and MEAD JOHNSON NUTRITION CO., | Judge:  Rebecca R. Pallmeyer |
| Defendants. | |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MEAD JOHNSON & COMPANY, LLC AND MEAD JOHNSON NUTRITION COMPANY

**PROPOUNDING PARTY:  Melissa Russell and James Russell**

**RESPONDING PARTY:    DEFENDANTS Mead Johnson & Company, LLC and Mead Johnson Nutrition Company**

**SET NUMBER:           ONE**

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and Section C of Case Management Order No. 12 (Dkt. 507) ("CMO 12"), Plaintiff Melissa Russell and James Russell, individually and as personal representatives of the estate of V.R., propounds First Set of Requests for Production of Documents to Defendants Mead Johnson & Co., LLC, and Mead Johnson Nutrition Co. ("Requests"), and requests that responses to these Requests be served within 30 days after service of this document to counsel listed in the signature block below.

- 1 -

**PRELIMINARY STATEMENT**

1.      Plaintiff Melissa Russell and James Russell, individually and as personal representatives of the estate of V.R., filed a Complaint in MDL 3026 on April 24, 2024. V.R. was treated at University of Maryland Medical Center ("UMMC") at 22 S Greene St, Baltimore, MD 21201 from July 5, 2014 to August 16, 2014.

2.      On May 9, 2024, pursuant to CMO 12, Plaintiff served UMMC a subpoena for medical records indicating each preterm infant formula/fortifier product fed to V.R.

3.      On September 17, 2024, Plaintiff sent an amended medical records request to UMMC for each preterm infant formula/fortifier product fed to V.R.

4.      On October 30, 2024, UMMC sent responsive documents to the aforementioned medical records request for V.R.

5.      The responsive documents did not clarify the specific brand of preterm infant formula/fortifier product, or the manufacturer of the product, that V.R. was fed at UMMC.

6.      Section III (C) of CMO 12 states that "[i]n the event that an infant's medical and/or feeding records show that the infant received a human milk fortifier and/or preterm infant formula product, but the specific fortifier or formula product or manufacturer cannot be identified, and Plaintiff has complied with the preceding portions of this CMO, then no earlier than sixty days after service of the targeted subpoena, Plaintiffs have leave to serve Mead Johnson with a written request for the sales and/or contract information."

**REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

A.      **Limited Discovery of Mead Johnson Sales and Contract Information.**

**REQUEST NO. 1:**

Records of sales or supply to UMMC of premature infant nutrition products during the 12-month period leading up to and including the infant's date of birth (July 5, 2014).

**REQUEST NO. 2:**

Contracts with UMMC for the provision of infant nutrition products that were in effect during the 12-month period leading up to and including the infant's date of birth (July 5, 2014), and contracts or documents reflecting whether the contract required purchase or delivery of a specific percentage of infant formula or fortifier product(s) from Mead Johnson.

Dated: May 27, 2026.

Respectfully submitted,

*/s/ Daniel E. Seltz*
Daniel E. Seltz

Daniel E. Seltz
dseltz@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10017
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Fabrice N. Vincent
fvincent@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Wendy R. Fleishman
wrf@thecflaw.com
CLANCY FLEISHMAN, LLP
40 Wall Street, Suite 2506
New York, New York 10005
Telephone: (917) 992-4550

*Attorneys for Plaintiff*