# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re: NEXIUM (ESOMEPRAZOLE) PRODUCTS LIABILITY LITIGATION | Case No.: 12-ml-2404 DSF (SSx) |
|---|---|
| This document relates to: | **ORDER OF JANUARY 27, 2014 ON MOTION TO REINSTATE DISMISSED PLAINTIFFS' CLAIMS** |

Abina, et al. v. McKesson Corp., et al.
   Case No. CV 12-5046 DSF (SSx)
   Plaintiffs:  Janice Allen
             Diana Alvarado
             Diane Anderson
             Cindy Armand
             Joyce Badie
             Larry Baker
             Loretta Barr
             William Basios
             Ginny Begin
             Violet Beteishooaden
             Rita Birke
             Ranny Blankenship
             Robert Bobern
             Laura Bono
             Gwennette Bowman
             Joy Brewer
             Ricky Brezial
             Brenda Broussard
             Charles Brown
             Patsy Brown
             Sharon Bryant
             Kathy White-Bryant
             Sandra Buford
             Ronald Burch
             Suzanne Butzin
             Stacy Byford
             Charlotte Carpenter
             Allen Carroll
             Donya Carter
             Barbara Carver

Sherron Castleberry
Tammy Cato
Dreamer Chambers
Adorium Chapman
Carolyn Charlot
Kathy Chesser
Billy Clark
William Clark
Shannon Clemmer
Judy Connell
Connie Cano
Joann Cook
Elmer Coots
Jeanine Coss-Thomas
Kathy Dianne Craft

Arae, et al. v. McKesson Corp., et al.
   Case No. CV 12-05053 DSF (SSx)
   Plaintiffs:  Willie Adams
                Sherwin Arae
                Vickie Arnold
                Valentino Baroni
                Mary Blanton
                JoAnn Bonda
                John Bonner
                Pearlie Brown
                Guy Burtless
                Jeanette Clay
                Andrea Coleman
                Anna Croft
                Martha Curry
                Mary Daniels
                Rita Lee Douglas
                Angel Ellison
                Hazel Fabritis
                Linda French
                Gay Garris-Leviett
                Doris Gleason
                Cheryl Guertin
                Leon Hardaway, Sr.
                Sharon Hobbs
                Gwendolyn Jackson
                Brenda Johnson

Erma Jones
Mary Jones
Belinda Keller-Tucker
Robert Larimore
Mary Lee
Ernestine Mason
Ashley Middleton
Michael Miller
Angelena Moore
Lisa Moore
Jeannine Nelson-Pine
Geraldine Nettles
Alma Noble
Pamela Otero
Patricia Pazant
Cynthia Pierson
Lucille Price
Vera Ringold
E. Crispin Roland
Doris Naomi Ross
Phyllis Scott
Sue Segrest
Raelene Smith
Sherry Smith
Arnolyn Spencer
Anthony Stafford
Diane Toole
Clinton Wagner
John Walters
Edward Walton
Alfred Wasden
Felicia Wilkins-Easterling
Cora Williams
Shirley Wolford

Arevalo, et al. v. McKesson Corp., et al.
    Case No. CV 12-10551 DSF (SSx)
    Plaintiffs:  Judy Barlow
                 Mary Jackson
                 Willie Manning
                 Asberry Postell
                 Janie Potter

Sylvia Ruiz
Central Todd
Deabatha Zavala

Avelar, et al. v. McKesson Corp., et al.
  Case No. CV 12-10552 DSF (SSx)
  Plaintiffs:  Dorothy Dierker
               Darlene Galindo
               Melinda Hull
               Sally Jackson
               James Nigh
               Beverly Scott
               Maisy Thomas
               Joseph Ward

Beatty, et al. v. AstraZeneca
Pharmaceuticals LP, et al.
  Case No. CV 12-10521 DSF (SSx)
  Plaintiffs:  Connie Schulz

Belcher, et al. v. McKesson Corp., et al.
  Case No. CV 12-10549 DSF (SSx)
  Plaintiffs:  Sandra Casas
               Sandra Davis
               Danny Kerr
               Kathy Worth

Bonner, et al. v. McKesson Corp., et al.
  Case No. CV 12-10550 DSF (SSx)
  Plaintiffs:  Andrea Bonner
               Idalee Cathcart
               Kemecia Hillary
               Carolyn Lozoya
               Cynthia Smirl

Bradley, et al. v. McKesson Corp., et al.
  Case No. CV 12-10556 DSF (SSx)
  Plaintiffs:  Shirley Bradley
               Bonnie Elkow
               Mildred Jackson

Carrasco, et al. v. McKesson Corp., et al.
Case No. CV 12-05044 DSF (SSx)
Plaintiffs:  Josephine Allemond
             Ezzie Beard
             Aurgintrus Betts
             Elizabeth Booth
             Laura Bridges
             Barbara Brown
             James Bunting
             Donna Clanton
             Stacey Clayton
             Lillian Collins
             William Davis, Jr.
             John Dennis
             Maggie Doty
             Gloria Edmonds
             Glynn Farrar
             Gertrude Franklin
             Charlene Gatson
             Lydia Gerding
             Patricia Gomez
             Jeanne Goss
             Margaret Hill
             Lucille Hixon
             Eloise Howard
             Gloria Howard
             Maurice Jackson
             Lori Jackson
             Mary Kimbrough
             Frances King
             Dale Knowles
             Theresa Lanns
             Deanna Larivee
             Patricia London-Smith
             Barbara Martin
             Glenda Martin
             James McIntyre
             Sivak Mickeal
             Uelletta Miller
             Bobby Mills
             Sherry Moore-Maxson
             Leona Parker

Doris Parker
David Parks
Shirley Peck
Donna Pike
Tonya Poe
Valerie Pollard
Ellen Roberts
Debra Sharon
Harry Sibley
Ninevah Smith
Teresa Throckmorton
Edna Tyson
Gloria Walker
Judy Wicker
Thomas Williams
Mary Williams

Collins, et al. v. McKesson Corp., et al.
    Case No. CV 12-10554 DSF (SSx)
    Plaintiffs:  Wendy Collins
                 Tamara Price

Cudney, et al. v. McKesson Corp., et al.
    Case No. CV 12-05077 DSF (SSx)
    Plaintiffs:  Cindy Ann Davidson
                 Elaine Davis
                 Rosemary Davis
                 Judith Debbin
                 Kirk Diehl
                 Douglas Dodson
                 Gladys Dodson
                 Robert Dudley
                 John Eldridge
                 Janet Evangelista
                 Nada Evans
                 Sarah Evans
                 Carolyn Fletcher
                 Richard Florio
                 Jamie Fortner
                 Michael Foster
                 JoAnn Franks
                 Linda Frank
                 Sherry Freshour

Dorothy Furia
Yvette Gabriel
Tina Gaffney
Linda Gaines-Brown
William Galloway
Eloisa Gamez
Christiana Georgewell
Ralph Gilliam
Sylvia Gilmore
Robin Giroux
Lula Glover
Charles Godfrey
Lonny Gomeringer
Corina Gomez-Domino
Daisy Goodman
Phyllis Goodman
Angela Goodman
Sharon Greenup
Joyce Griffin
Brenda Guthrie
Barbara Haddock
Janie Louise Harding
Betty Harlan
Arlene Harman
Terrance Haslam
Mary Hatcher
Lonnie Kay Hebert
Brenda Heslip
Gertie Scott
Erma Walker

DeLorenzo v. McKesson Corp., et al.
    Case No. CV 12-10561 DSF (SSx)
    Plaintiffs:  Patricia DeLorenzo

Johnson, A., et al. v. McKesson Corp., et al.
    Case No. CV 12-05048 DSF (SSx)
    Plaintiffs:  April Hinton
                Corinne Hofer
                Vincent Holcroft
                Gary Holman
                Betty Hubbard

Trina Hubbard
Mikki Hughes
James Humber
Gloria Jean Hunter
Belinda Jack
Sherry Ann Mazoch Jackson
Kathy Janton
Janice Johnson
Marguerite Johnson
Gloria Johnson
Deloris Johnson
Nancy Johnson
Irene Johnson
Henrietta Jones
Pamela Jones
Katherine Jones
William Josey
Barbara Joyner
Kathleen Kennedy
James Kirby
Patricia Kirk
Susan Knight
Lori Knisley
Sharon Kropka
Richard Laliker
Cindy Lane
Barbara Law
Ruth Lewis
Brenda Lewis
Mattie Lewis
Deborah Lindley
Sandra Loar
Grace Lowe
Karen Ludwig
Barbara Maix
Thelma Malone
Gwendolyn Manning
Diana Marks
Greg Martin
Franci Matthews
Louis Mauro
Diane Mayo

Carol Jean McBee
Frances McGinley
Arthur McGowan
Lonnita McLeigh
Thad McPhail
Laura Meeks
Agnes Mesec
David Meyers
JoAnn Mireles

Johnson, D., et al. v. McKesson Corp., et al.
    Case No. CV 12-10564 DSF (SSx)
    Plaintiffs:  Dawn Johnson
               James Pierce

Mason, et al. v. McKesson Corp., et al.
    Case No. CV 12-05050 DSF (SSx)
    Plaintiffs:  Rebecca Albright
               Sheila Albritton
               Constance Alexander
               Linda Anderson
               Gail Andrews
               Rita Ardoin
               Barbara Baggett
               William Barnum
               Murry Barrett
               Lorie Bason
               Steven Beach
               Lovie Benford
               Anthony Blair
               Sherri Brewton
               Brenda Broshears
               Mary Brownie
               Mary Burnett
               Patsy Burtchett
               Johnnie Byers
               Linda Byrd
               George Canada
               Vicky Cardenas
               Florence Carpenter
               Michaela Carter
               William Cooper

Linda Cosina
Julien Crowe
Richard Cupstid
Linda Currington
Mandy Davis
Pheba Davison
Shelly Davison
Manuel Diaz
Geraldine Dorris
Douglas Dukes
Lillian Dungy
Portia Dykes-Wright
Gladys Edwards
Mary Emmanuel
Antonia Estes
Sandra Flores
Barbara Foster
Betty Freeman
JoAnn Freeman
Yvonne Gilman
Catherine Hilliard
Patricia Hollingsworth
Pearline Hubbard
Cedric Keermann
George Kobesto
Mark Koenig
Stella Lanphere
Joyce Ann Lewis
Michael Louis
Regina Lowe
Phyllis  Margaret Luna
Cheryl Manning
Boyd Mason
Pamela Mason
Linda McCully
Annie McGee
Patricia McGhar
Ed Memmer
Marie Miller
Debora Moore-Swift
Wendy Nail
Ralph Navarro
Brenda Norris

Cheryl Owens
Barbara Payton
Marvin Redford
Latonya Rhodes
Gwendolyn Richardson
Richard Rose
Janie Rucker
Debra Sharp
Carlene Elizabeth
Beasley- Shine
Shirley Simmons
Jamie Sims
Gloria Smith
Saundra Steed
Jackie Stringer
Lucy Tadlock
Lynda Tanner
Joyce Teamer-Johnson
John Thompson
Peggy Toombs
Gerald Trosclair
Mark Turley
Myrtle Lee Veasey
Kathy Venters
Cora Veres
Geneva Walker
Alfrieda Warren
Joystine Williams
Beulah Wilson
Theodore Wilson

McMahon v. McKesson Corp., et al.
    Case No. CV 12-10567 DSF (SSx)
    Plaintiffs:  John McMahon

Morrow v. McKesson Corp., et al.
    Case No. CV 12-10568 DSF (SSx)
    Plaintiffs:  Latrisha Morrow

Nickerson, et al. v. McKesson Corp., et al.
    Case No. CV 12-05052 DSF (SSx)
    Plaintiffs:  Rhonda Mitchell

Blanca Moreno
Betty Morgan
Lorie Morgan
Brenda Morris
Verna Morris
Rosaria Moscova
Lavonne Mosley
Shirley Nash
Dorothy Neuman
Lyn Nguyen
Christine Nickerson
Linda Nickerson
Eric Nisonger
Joanne Onstott
Joy Ott
Barbara Padgett
Gwendolyn Palmer
Rodney Patterson
Lori Pickthorn
Betty Pierce
Ronald Pike
Kim Poff
Robert Saul Pont
Nancy Price
Florence Quinn
Mary Ester Ramirez
Rhonda Reat
Eileen Redmond
Catherine Reihner
Gabriel Rice
Julia Brown
Debra Roberts
Peggy Diane Roberts
Angela Rogers
Clara Rogers
Owens Ronald
Kenni Ross
Glenda Roy
Kathy Ruffin
Edward Rust
JoAnna Sage
Linda Sager
Terry Sanders

Lydia Serna
MaryAnn Shabazian
Sandra Singleton
Jessie Smith
Julia Smith
Susan Smith
Rachel Smith
Linda Kay Smith
Linda Smith
Brenda Speed
Dawn Spreda

Nyblod, et al. v. McKesson Corp., et al.
   Case No. CV 12-10557 DSF (SSx)
   Plaintiffs:  Amy Nyblod
              Shawn Smith

Phillips v. McKesson Corp., et al.
   Case No. CV 12-10536 DSF (SSx)
   Plaintiffs:  Cynthia Phillips

Rose, et al. v. McKesson Corp., et al.
   Case No. CV 12-10547 DSF (SSx)
   Plaintiffs:  Sherrie Rose
              Robert Soden

Smith v. McKesson Corp., et al.
   Case No. CV 12-10537 DSF (SSx)
   Plaintiffs:  Peggy Smith

Solomon, et al. v. McKesson Corp., et al.
   Case No. CV 12-05049 DSF (SSx)
   Plaintiffs:  Ethel Allen
              Allyson Allen
              Angela Bell
              Melinda Bethea
              Anastacia Boehm
              Timothy Bond
              Alfonzo Brooks
              Deborah Clark
              Addie Cooper
              Deborah Cox-

Washington
Lamar Daniels
Julia Dickens
Kenneth Dolby
Louise English
Rachel Fisher
Tampata Gonzalez
Peggy Gurley
Cynthia Hatley
Michael Hudson
Jeffrey Humes
Lisa Icard
Bessie Jackson
David Jordan
Samuel Kleckley
Cathy Lachey
Lawrence Mason
Rickey McDonald
Lori Moneymaker
Ricky Mosley
Rita Moss
Teresa Munguia
Bettie Newton
John Perevuznik
Lillian Phillips
Mary Rivera
Hattie Rodman
Sheree Rudolph
James Scott
Cora Seegars
Robert A. Smith
Gretchen Smith
Robert Smith
Edward Smith
Unniebe Solomon
Calvin Solomon
Rebecca Spaulding-
Tyson
Alonzo Staley, Jr.
Mary Stevens
Melissa Tarasiewicz
Willie Toole
Sunshine Vanalphen

Johnnena Washington, Sr.
Tammy Wertz
Willie Whitehall
Lois Wilson
Cassie Windham
Philip Wirick
Johnny Woodie
Betty Wright

Sweet v. McKesson Corp., et al.
    Case No. CV 12-10538 DSF (SSx)
    Plaintiffs:  Debra Sweet

Thomas v. McKesson Corp., et al.
    Case No. CV 12-10539 DSF (SSx)
    Plaintiffs:  Daniel Thomas

Westlake v. McKesson Corp., et al.
    Case No. CV 12-10571 DSF (SSx)
    Plaintiffs:  Juanita Westlake

Wheeler v. McKesson Corp., et al.
    Case No. CV 12-10545 DSF (SSx)
    Plaintiffs:  Mary Wheeler

This matter came before this Court on the Motion to Reinstate Dismissed Plaintiffs' Claims Per Court Order Dated November 13, 2013 ("Motion to Reinstate") (Master Dkt. 195) of the 522 Movants enumerated in the caption of this Order ("Movants"). This Court has reviewed the relevant briefing and discussed the matter with the parties during oral argument at the January 27, 2014 Status Conference ("Status Conference"). Pursuant to the inherent broad authority afforded to transferee courts overseeing and administering the just and efficient conduct of complex, multidistrict litigation, this Court now formalizes its ORDER of January 27, 2014 as follows:

1.  The Motion to Reinstate is denied as to the 119 Movants enumerated on Exhibit A to this Order ("Exhibit A Enumerated Plaintiffs") as previously agreed to by the parties. The claims of the Exhibit A Enumerated Plaintiffs are dismissed with prejudice.

2.  The Court separates the remaining 403 Movants into two categories as delineated in Paragraphs 3 and 4 of this Order. In order to be reinstated, each remaining Movant must have produced in accordance with the deadlines set forth in this Order a) a substantially complete, signed Plaintiff Fact Sheet ("PFS"); b) complete, signed authorizations; c) pharmacy records confirming ingestion of Nexium® prior to Movant's alleged, Nexium®-related injury; d) medical records confirming diagnosis of Movant's alleged, Nexium®-related injury subsequent to first proof of ingestion of Nexium®; and e) payment of $1000 as an intermediate sanction for failure to comply with this Court's Case Management Orders ("CMOs") Nos. 1 and 3 (Master Dkt. 89, 169) prior to dismissal ("Sanction Payment").

   a.  For purposes of this Order, the term "substantially complete, signed PFS" is defined as a PFS that Movant has filled out in its entirety and for which the Declaration page has been personally signed by Movant.

   b.  For purposes of this Order, the term "complete, signed

authorizations" is defined as a set of properly executed, witnessed and signed authorizations with the provider section blank (in the form attached to the Court-ordered PFS).

c.     For purposes of this order, the term "Nexium®-related injury" is defined as an injury of the type alleged in the operative complaint and within the scope of the February 19, 2014 testimony of Plaintiffs' general causation expert, B. Sonny Bal, M.D., J.D., M.B.A.

d.     For purposes of this order, the term "prima facie ingestion and injury records" is defined as pharmacy records confirming ingestion of Nexium® prior to Movant's alleged, Nexium®-related injury and medical records confirming diagnosis of Movant's alleged, Nexium®-related injury subsequent to first proof of ingestion of Nexium®.

e.     The Sanctions Payment must be issued through counsel in the form of a negotiable instrument made payable to AstraZeneca Pharmaceuticals LP ("AstraZeneca"), must specify the name of each Movant on whose behalf the payment is being issued, and must be *received* by Ice Miller LLP, c/o Amy K. Fisher, Esquire by the relevant date specified in Paragraphs 3-4 of this Order.

3.     **Category One:  Fourteen Day Deadline**

a.     Category defined: Produced by February 10, 2014 (fourteen days after Status Conference):

(1)     a substantially complete, signed PFS and authorizations; and

(2)     prima facie ingestion and injury records.

b.     Each Movant in Category One who desires reinstatement shall produce the Sanctions Payment as specified above within five days of the Court's entry of this Order.

c.     Ten days after the Court's entry of this Order, the parties shall

2

lodge an Agreed Proposed Order reinstating the Movants the parties agree have complied with the terms of Paragraph 3.a.–b.

d. Ten days after the Court's entry of this Order, the Defendants shall lodge a Proposed Order dismissing with prejudice the Movants Defendants contend have not complied with the terms of Paragraph 3.a.(1) and 3.b. (Defendants' Proposed Order shall not include any Movants who produced by February 10, 2014 a substantially complete, signed PFS and authorizations, but have not yet produced prima facie ingestion and injury records as those Movants are, thereafter, governed by Paragraph 4 of this Order.) Plaintiffs may file an Objection to Defendants' Proposed Order within five court days.

4. **Category Two: Sixty Day Deadline**

a. Category defined: Produced by February 10, 2014 (fourteen days after Status Conference) a substantially complete, signed PFS and authorizations, but have not yet produced complete prima facie ingestion and injury records.

b. Each Movant in Category Two who desires reinstatement shall produce by March 28, 2014 (sixty days after Status Conference):

(1) pharmacy records confirming ingestion of Nexium® prior to their alleged, Nexium®-related injury;

(2) medical records confirming diagnosis of their alleged, Nexium®-related injury subsequent to first proof of ingestion of Nexium®; and

(3) the Sanctions Payment as specified above.

c. By April 15, 2014, the parties shall lodge an Agreed Proposed Order reinstating the Movants the parties agree have complied with the terms of Paragraph 4.a.–b.

d. By April 15, 2014, the Defendants shall lodge a Proposed Order

3

dismissing with prejudice the Movants Defendants contend have not complied with the terms of Paragraph 4.a.–b. Plaintiffs may file an Objection to Defendants' Proposed Order within five court days .

5. The parties are ordered to meet and confer prior to the filing of the Agreed Proposed Orders, Proposed Orders, and Objections outlined in this Order.

6. Agreed Proposed Orders or Proposed Orders should not be filed piecemeal. All reinstatements or dismissals within a category described in the order should be contained in a single document.

7. Plaintiffs' productions shall not be made in piecemeal fashion. Any production for a particular Plaintiff under the terms of this Order shall be held by Plaintiffs until all requisite materials have been compiled and reviewed by counsel to verify that the production is complete under CMO No. 3 and that Plaintiff's claims meet the standards of F.R.C.P. 11. After verification that the production is complete, Plaintiffs shall upload the production to Defendants with a signed verification that the production is complete. Failure to comply may result in further sanctions.

8. Defense counsel is to provide to Plaintiffs' counsel a list of the Reinstatement Plaintiffs and the category defense counsel believes each belongs in – or such other lists as Plaintiffs' counsel requests. If the requested information was already easily discernible from the filings in this case, the Court will order Plaintiffs' counsel to pay the cost of the preparation of any lists requested and provided.

IT IS SO ORDERED.

Dated: _____     3/17/14

_____
Dale S. Fischer
United States District Judge

4