# IN THE UNITED STATES DISTRICT COURT

# FOR THE NOTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | | |
|---|---|---|
| ***In re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*** | ) | MDL No.: 3026 |
| | ) | Master Docket No. 1:22-cv-00071 |
| | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| | ) | |
| ***Purdoski v. Abbott Laboratories, Inc et al; 1:23-cv-05396*** | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to F.R.C.P.41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Melissa Purdoski, by and through her undersigned counsel, hereby gives notice that this action bearing member case number ***1:23-cv-05396*** is voluntarily dismissed, without prejudice, against Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company. The defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: July 14, 2026

Respectfully submitted,

Case No.: 1:22-cv-00071

**RATZAN WEISSMAN & BOLDT**
2850 Tigertail Ave, Suite 400
Coconut Grove, FL 33133
Telephone: (305) 374-6366
eservice.legal@rwblawyers.com

By: /s/ Kimberly L. Boldt
KIMBERLY L. BOLDT
Florida Bar No. 957399
STUART N. RATZAN
Florida Bar No.: 911445
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was

electronically filed with the Clerk of Court using the CM/ECF system and served on all

counsel of records by email on July 14, 2026.

By: /s/ Kimberly L. Boldt
KIMBERLY L. BOLDT

2