**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES,** *et al.,* **PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | MDL No. 3026 |
| | Master Docket No. 1:22 CV 00071 |
| **This Document Relates to:** All cases | Judge Rebecca R. Pallmeyer |

### JOINT MOTION TO AMEND BRIEFING SCHEDULE REGARDING MEAD JOHNSON'S MOTION TO AMEND CASE MANAGEMENT ORDER NO. 12

The Plaintiffs' Leadership Committee ("PLC") and Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company (collectively, "Mead Johnson") jointly move to amend the briefing schedule established by the Court's Minute Order at Docket No. 818 concerning Mead Johnson's Motion to Amend Case Management Order No. 12 (Dkt. No. 814).

The parties jointly request that the briefing schedule be amended as follows:

1. The PLC shall file its response within 21 days after Mead Johnson produces the agreed-upon underlying correspondence with Plaintiffs concerning compliance with Case Management Order No. 12 from mid-April to the present.

2. Mead Johnson shall file its reply within 14 days after the PLC files its response.

WHEREFORE, the PLC and Mead Johnson respectfully request that the Court amend the briefing schedule set forth in its Minute Order at Docket No. 818 consistent with the deadlines above.

Dated: July 24, 2026                                              Respectfully submitted,


*/s/ Anthony J. Anscombe*                                    */s/ Diandra S. Debrosse*

Anthony J. Anscombe                                        Diandra S. Debrosse
Rachel M. Cannon                                            DICELLO LEVITT LLP
Michael O'Rourke                                            485 Lexington Avenue, Suite 1001

STEPTOE LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
aanscombe@steptoe.com
rcannon@steptoe.com
morourke@steptoe.com

*Attorneys for Defendants Mead Johnson
& Co., LLC and Mead Johnson Nutrition
Company*

New York, NY 10017
(646) 933-1000
fu@dicellolevitt.com

C. Andrew Childers
LEVIN, PAPANTONIO, PROCTOR, BUCHANAN,
O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, 6th Floor
Pensacola, Florida 32502
(850) 435-7000
achilders@levinlaw.com

Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
wfleishman@lchb.com

Timothy J. Becker
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800
tbecker@johnsonbecker.com

*Plaintiffs' Co-Lead Counsel*