## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Shannon E. Hall, et al.

                          Plaintiff,

v.                                                     Case No.: 1:22–cv–00071
                                                       Honorable Rebecca R. Pallmeyer

Abbott Laboratories, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Briefing schedule set for motion to amend CMO12 [814] is amended as follows: PLC response will be filed 21 days after Defendant Mead Johnson produces underlying correspondence with Plaintiffs concerning compliance with CMO 12; reply will be due 14 days thereafter. Defendant Mead Johnson's motion for leave to file Exhibit E under seal [815] is granted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.