## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Shannon E. Hall, et al.

                       Plaintiff,

v.

Abbott Laboratories, et al.

                       Defendant.

Case No.: 1:22–cv–00071
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In person status hearing convened. Plaintiff's counsel representing the Pennsylvania remand cases requests immediate remand of the Hobson case. Defendant Abbott is directed to notify the court within 7 days of its objection, if any, to immediate remand. The parties report that MDL–wide discovery is largely complete and that they will present the court with further information about next steps for resolution. Abbott's motion to select bellwether replacements [823] is entered and continued; Plaintiffs' objections, if any, shall be filed within 14 days. The court encourages the parties to engage in settlement negotiations. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.