**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: ABBOTT LABORATORIES, ET AL.,
PRETERM INFANT NUTRITION PRODUCTS
LIABILITY LITIGATION

**MDL NO. 3026**

**Master Docket No. 22 C 00071**

**This Document Relates to:**

**Hon. Rebecca R. Pallmeyer**

**All Cases**

## ORDER

The court warns that it will not conduct another bellwether trial in this district absent assurances that the majority of fact witnesses will appear for live, in-person testimony. If cases in the bellwether pipeline will not meet this standard, the court directs the parties promptly to work toward selection of alternatives.

## STATEMENT

Days before the start of the *Inman* bellwether trial, 22 C 3737, the court learned that the overwhelming majority of witnesses will not be testifying live, but instead will be testifying via pre-recorded deposition designations. This is disappointing: Jurors will, of course, be required to appear in-person at the courthouse each day of trial, and they will surely wonder why the witnesses are not required to do the same. Further, the process of ruling on objections is less effective and reliable when those rulings are made on the basis of a "cold" record. The court recognizes that many of the witnesses are outside the subpoena power of the court, but Mead Johnson could presumably require any witnesses within its employ to appear for live testimony, and the parties have other tools at their disposal short of a subpoena to encourage witnesses to appear for live testimony.

In one sense, this upcoming trial-by-video is an artifact of the MDL bellwether process. This case originated in the Southern District of Indiana, the home district of Mead Johnson. The court presumes that had the case been tried in that district (or perhaps another), more witnesses would be within the court's subpoena power or otherwise available in person. To ensure the adequacy and effectiveness of the trial process, the court warns that it will not conduct another bellwether trial in this district absent assurances that the majority of fact witnesses will appear for live, in-person testimony. If cases in the bellwether pipeline will not meet this standard, the court directs the parties promptly to work toward selection of alternatives.

ENTER:

Dated: August 13, 2026

_____
REBECCA R. PALLMEYER
United States District Judge