**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | **MDL No. 3026** |
| | **Master Docket No. 1:22-cv-00071** |
| **This Document Relates to:** | **Hon. Rebecca R. Pallmeyer** |
| **ALL CASES** | |

**DEFENDANTS' JOINT MOTION FOR ENTRY OF**
**PROPOSED CASE MANAGEMENT ORDER**

Defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott") and Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company (collectively "Mead Johnson") (together, "Defendants") hereby jointly move for the entry of a Case Management Order ("CMO") that requires Plaintiffs to show cause why certain categories of claims should not be dismissed for lack of competent causation evidence. On September 4, 2026, Abbott moved for entry of a CMO to establish a structured process to identify cases that have no basis to proceed in this MDL. Ex. A, *Hall*, Dkt. 834, 834-9. Based on admissions by the Plaintiffs' Leadership Committee ("PLC") through its retained experts and filings across multiple bellwethers, Abbott identified four categories of claims that are not viable: (1) infants who received only cow's milk-based fortifier; (2) infants born at 34 weeks gestational age or older; (3) infants with a birth weight of 1,500 grams or greater; and (4) infants whose diets consisted of less than 30% formula. *Id.* The PLC continues to confirm these admissions, including, for example, recent statements that, "[w]hat I can tell you with certainty is this: We know what the science can say, and right now the science draws lines for us, whether we like it or not, around 34 weeks and 1,500 grams." Ex. B, *Kelton,* 9/28/26 *Daubert* Hr'g Tr 258:10-13. On September 25, 2026, Mead

Johnson joined in Abbott's motion and proposed two additional categories of claims "where there is no general causation evidence that would support inclusion" in the MDL, Ex. C, *Hall*, 8/3/26 Status Hr'g Tr. 18:22-19:5, and that require the same focused inquiry into whether Plaintiffs can support causation with competent evidence: (1) infants born after the release of the AAP's January 1, 2017 Policy Statement, "Donor Human Milk for the High-Risk Infant: Preparation, Safety, and Usage Options in the United States," because testifying medical experts are uniformly familiar with AAP's 2017 Statement, and by at least 2017 providers were well aware that human milk reduces NEC risk; preterm formula also continues to be the standard of care in the absence of alternatives, Ex. D, *Hall*, Dkt. 842 at 7-11; and (2) infants born before the availability of human-milk alternatives to preterm formula, as the lack of an available alternative to preterm formula defeats liability under either a failure-to-warn or design-defect theory. *Id.* at 11-12; Dkt. 842-10.

As directed by the Court during an MDL status hearing on September 30, 2026, and for the reasons set forth in their separate motions, which are incorporated by reference in full, Defendants hereby jointly request that the Court enter a CMO that encompasses all categories of claims proposed across Defendants' two motions. A proposed combined CMO is attached as Exhibit E.

Dated: October 2, 2026

Respectfully submitted,

*/s/ James F. Hurst*

James F. Hurst, P.C.
Rebecca Fitzpatrick, P.C.
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
rebecca.fitzpatrick@kirkland.com

Stephen V. D'Amore
Linda T. Coberly
**WINSTON TAYLOR LLP**
300 North La Salle
Chicago, IL 60654
Telephone: (312) 558-5600
steve.damore@winstontaylor.com
linda.coberly@winstontaylor.com

*Counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*

*/s/ Paul A. Killebrew*

Phyllis A. Jones
Emily S. Ullman
Paul A. Killebrew
**COVINGTON & BURLING LLP**
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5868
pajones@cov.com
eullman@cov.com
pkillebrew@cov.com

Anthony Anscombe
Rachel Cannon
**STEPTOE LLP**
227 W. Monroe St.
Unit 4700
Chicago, IL 60606
Telephone: (312) 577-1265
aanscombe@steptoe.com

*Counsel for Mead Johnson & Company, LLC and Mead Johnson Nutrition Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Joint Motion for Proposed Case Management Order was served upon counsel of record on October 2, 2026 via the Court's electronic filing system and via email for any materials provisionally filed under seal.

*/s/ James F. Hurst*
*Counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*