**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Shannon E. Hall, et al.
Plaintiff,
v.
Abbott Laboratories, et al.
Defendant.

Case No.: 1:22−cv−00071
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Abbott Labs moved for leave to select bellwether replacements in light of Plaintiffs' dismissal of two of the cases previously chosen as bellwethers [823]. The court directed Plaintiffs to respond to that motion within 14 days; they did not do so immediately, but have done so now. Plaintiffs object to selection of additional cases for bellwether treatment and ask instead that the parties be directed to confer and develop a proposal to bring this MDL to a conclusion. The court shares Plaintiffs' view that further bellwether trial practice may not be productive in bringing this overall MDL to a resolution. Should there be additional bellwether trials, however, the court agrees that Defendant is entitled to select the two. Defendant's motion [823, 831] is therefore granted, but this ruling should not be read as confirmation that the court will engage in further bellwether practice after the Kelton case is concluded. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.