**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Shannon E. Hall, et al.
Plaintiff,
v.
Abbott Laboratories, et al.
Defendant.

Case No.: 1:22−cv−00071
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: In−person motion and status hearing convened. Defendants' joint motion for entry of a proposed case management order [844] and Abbott's motion for entry of proposed management order [834] are taken under advisement. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.